# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al*.<br><br><br><br>*Defendants*. | Case No.:1:25-cv-00612-RDM<br><br>**DECLARATION OF BRETT HARTL** |

I, BRETT HARTL, make the following declaration:

1. I am a resident of Prescott, AZ.

2. I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

3. I am the Government Affairs Director at the Center for Biological Diversity ("Center"), and I work out of both the Center's Washington, D.C., and Arizona offices. I have worked for the Center since 2013.

4. I hold a bachelor's degree from Prescott College in conservation biology and a law degree from Lewis and Clark Law School. Prior to law school, I spent five years as a field biologist working with endangered species in the northwest Hawaiian Islands, Kauai, and Southern California. I also worked in the House of Representatives Natural Resources Committee for Democratic staff in 2011, and I was the senior policy fellow at the Society for Conservation Biology in 2012.

5. The Center is a member organization incorporated under the laws of the State of California. It is recognized as a not-for-profit corporation under section 501(c)(3) of the United States Internal Revenue Code. The Center has 93,927 active members across the country. The Center is based in Tucson, AZ, and works throughout the entire United States. Our other major offices are in Washington, D.C., Oakland, CA, and Portland, OR.

6. The Center's mission is to ensure the preservation, protection, and restoration of biodiversity, native species, ecosystems, public lands and water, and public health through science, policy, and environmental law. Based on an understanding that the health and welfare of human societies are closely linked to the condition of the natural environment, the Center works

to protect natural resources like air, water, and land and to secure a future for animals and plants hovering on the brink of extinction. We work to protect the ecosystems they need to survive, for the species and for the people that interact with, depend on, and cherish these natural resources.

7. The Center's primary mission is to stop the extinction of wildlife and plant species both within the United States and around the world. Among the main ways that the Center achieves this goal is through the citizen suit processes provided by the Endangered Species Act, Clean Water Act, Clean Air Act and other environmental laws that allow interested parties to ensure that all federal agencies, state and local governments, as well as private entities fully comply with the legal requirements set forth under these environmental laws. The Center also relies on so-called Sunshine laws, such as the Federal Advisory Committee Act and Freedom of Information Act, to obtain information necessary protect its interests and those of its members regarding federal actions that may harm wildlife, the environment, or communities.

8. On January 20, 2025, President Trump signed Executive Order 14158 entitled: "Establishing and Implementing the President's 'Department of Government Efficiency.'" That order renamed the existing U.S. Digital Service, an office within the White House Office of Management and Budget as the "U.S. DOGE Service" ("USDS") and also established a "U.S. DOGE Service Temporary Organization" that "shall be headed by the USDS Administrator and shall be dedicated to advancing the President's 18-month DOGE agenda."[1] Specifically, the order requires that each Agency Head "shall establish within their respective Agencies a DOGE Team of at least four employees, which may include Special Government Employees, hired or assigned within thirty days of the date of this Order." Each DOGE Team will coordinate the USDS and "advise their respective Agency Heads on implementing the President's DOGE

---

[1] *See, Establishing and Implementing the President's "Department of Government Efficiency"* 90 Fed. Reg. 8,441 (Jan. 29, 2025).

2

Agenda." A Special Government Employee is defined as an individual who works within the government for no more than 130 days in any given 365 day period, and is therefore neither a full-time nor a permanent parttime employee of the federal government.

9. Over the past thirty years, the Center has secured substantial conservation advancements and commitments from the federal agency Defendants. These include, for example, (1) changes to land management policies and practices on hundreds of millions of acres of land managed by the Department of the Interior and the U.S. Forest Service; (2) improved management of pesticides under the Federal Insecticide, Fungicide and Rodenticide Act; (3) strengthened air pollution standards under the Clean Air Act; (4) secured federal Endangered Species Act protections from the U.S. Fish and Wildlife Service and National Oceanic and Atmospheric Administration for over 740 species of wildlife and plants, including the designation of over 713 million acres of critical habitat onshore and offshore; (5) improved fisheries management practices to reduce marine mammal deaths and injuries both within the United States and in foreign-managed fisheries in other nations; and (6) stopped the approvals of oil, gas and coal extraction on millions of acres of land and water to prevent billions of tons of greenhouse gas emissions that would have further exacerbated climate change impacts.

10. Many of the Center's conservation successes depend upon federal agencies faithfully implementing their statutory duties, including those prompted by the organization's lawsuits, settlements, campaigns, and advocacy. However, the Center's work, and therefore the interests of its members, is being directly harmed and undermined by the actions taken by the DOGE Teams.

11. Activities of these DOGE Teams are having substantial impacts on the activities of federal agencies within the Department of the Interior, the EPA, the National Oceanic

Atmospheric Administration, the Forest Service, Department of Transportation and other federal agencies, including forcing agencies to unilaterally cancel contracts and grants to third parties, institute hiring freezes, firing probationary employees, other reductions in force, and the abrupt lease cancellations and closing of agency facilities across the country. The actions of these DOGE Teams are therefore having significant impacts on day-to-day conservation and environmental protection activities across the country, thereby directly harming the interests of the Center and its members.

12. For example, the Center's legal work in the Pacific Northwest and the Southwest United States has resulted in the protection of the Northern Spotted Owl and the Mexican Spotted Owl pursuant to the Endangered Species Act, along with designated critical habitat for both subspecies. Through additional litigation and advocacy, the US Department of Agriculture's Forest Service and the Department of the Interior's Bureau of Land Management routinely implement conservation actions, ensure management activities are compatible with the needs of Spotted Owls, and monitor both subspecies of Spotted Owl to meet their obligations under the Endangered Species Act. The Center's litigation and advocacy on behalf of the Mexican Spotted Owl has improved the management of eleven national forests across the southwest. A significant aspect of this management is routine surveying of Mexican Spotted Owls — primarily by seasonal biologists hired on for every breeding season in the spring. Likewise, the Center was part of legal and advocacy efforts on lands managed by the Bureau of Land Management that mandate annual surveys for Northern Spotted Owls in Oregon and Northern California, that are also primarily completed by seasonal field biologists. Based on information and belief, these critical surveys and other necessary conservation and management actions are likely not going to occur in 2025 due to cuts recommended by the DOGE Teams, which harms the long-term ability

of the federal agencies to conserve and work towards the recovery of both Spotted Owl subspecies. Therefore, due to the actions of the DOGE Teams, conservation actions and activities that the Center has fought for are now at significant risk.

13. As another example, the Center's international program focuses on conservation of foreign wildlife most at risk from poaching and the illegal wildlife trade. Our work has led to greater protections for African and Asian elephants, all five species of rhinoceros, giraffes, hippopotamus, leopards, pangolins, and more species. Based on information and belief, due to the actions of the DOGE Team at the U.S. Fish and Wildlife Service/Department of Interior, FWS has either suspended or cancelled funding under the Multinational Species Conservation Fund, under which Congress specifically appropriated $20 million to in Fiscal Year 2024 and FY 2025 (due to the full-year Continuing Resolution passed by Congress in March).[2]

14. Since Congress established the Multinational Species Conservation Fund, the U.S. Fish and Wildlife Service has nearly 600 domestic and foreign partners in over 54 countries to further conservation of some of the planet's most iconic and endangered wildlife. From 2015 to 2022, the Fund provided more than $92.5 million in appropriated funds and leveraged nearly $200 million in additional funds for on-the-ground conservation. For FY24, the Fish and Wildlife Service offered $8 million in awards, to be disbursed between at least seven applicants, to ensure healthy African elephant populations in the wild, while improving pathways for human-elephant coexistence. These grants were available for programs to address poaching and enhance enforcement, reduce human-elephant conflict, and assess the status of Asian and African elephant populations.  Other grants focused on preventing poaching of rhinoceros and tigers, conservation of the great apes, and conservation of marine and freshwater turtles and tortoises.

---

[2] See https://www.motherjones.com/politics/2025/02/us-fish-wildlife-service-conservation-funding-freeze-pause-endangered-species-animals/

On information and belief, these programs are being directly affected by the cost-cutting and employment decisions being made by the DOGE Team(s).

15.     Cancellation or suspension of these types of grants by DOGE Teams will have the effect of not only immediately curtailing or eliminating anti-poaching activities around the world, but also set back the overall conservation and recovery of species such as African elephants and rhinos for years, if not decades, thereby harming the interests of the Center and its members. Some species such as Javan Rhino have fewer than 100 individuals left on the planet, and could easily go extinct in a few years if on-the-ground conservation efforts cease. These types of conservation losses run directly contrary to the mission of the Center and its many years of work trying to secure a future for these species.

16.     Over the past ten years, the Center's environmental health program has brought approximately 50 lawsuits to reduce air pollution in airsheds within 34 states that are home to over 152 million people, as well as five lawsuits that seek to improve national air quality standards focused on smog, soot, sulfur dioxide, nitrogen oxides and other dangerous pollutants. These lawsuits ensure that Environmental Protection Agency completes its own mandatory duties as well as its duties to ensure that States enact implementation plans and other directives set forth in the Clean Air Act. Based on news accounts, information and believe, DOGE Teams are working to close regional EPA offices across the United States, and have disproportionately targeted closing federal offices in California, including where significant numbers of staff within the Environmental Protection Agency work.[3] Without staff and facilities for the Environmental Protection Agency to do its necessary air quality monitoring work and other regulatory compliance work, the ability of the agency to meet its mandatory duties under the Clean Air Act

---

[3] See https://www.latimes.com/environment/story/2025-03-18/doge-two-dozen-environmental-offices-closure-california

to reduce pollution and to effectuate the legal agreements and legal directives secured by the Center will be undermined and set back, thereby harming the interests of the Center and its members.

17. Similarly, the Center has worked to improve the Environmental Protection Agency's registration and evaluation of pesticides in the United States by addressing the conservation and recovery of threatened and endangered species. Through over 15 years of litigation, the Center has secured critical reforms to address the impacts of pesticides across the nation, including a groundbreaking legal settlement that requires the Environmental Protection Agency to implement nationwide strategies to address the use of herbicides, insecticides, rodenticides, and fungicides, which comprise virtually all pesticides used in the nation. These strategies require significant staff resources within the Office of Pesticide Programs and significant scientific support from the Environmental Protection Agency's Office of Research and Development, which has now been targeted for elimination by the DOGE Teams. Staff reductions, grant and contract cancellations by DOGE Teams thereby imperil that work, undermining the Center's settlements and advocacy campaigns to reduce harmful pesticide exposure to endangered species.

18. The Center has also worked to protect imperiled marine mammals, which is being undermined by the efforts of the DOGE Teams. The Marine Mammal Protection Act requires, among other things, that all United States fisheries eventually reach zero mortality for marine mammals and also requires the Department of Commerce, through the National Oceanic and Atmospheric Administration, to ban seafood imports from foreign nations that fail to provide evidence that their bycatch prevention measures meet U.S. standards for marine mammal protection. To effectuate these mandates, the Marine Mammal Protection Act requires the

establishment of take reduction teams, and the Center participates on several of these teams. These collaborative, stakeholder-driven efforts are designed to reduce harm to marine mammals. Already during this administration, several of these meetings have been abruptly cancelled. Personnel cuts by DOGE Teams and other cost reduction efforts such as travel prohibitions further imperil the ability of these meetings to occur. Similarly, actions by DOGE Teams that are targeting all aspects of international work imperil the ability of the National Oceanic and Atmospheric Administration to meet its settlements with the Center regarding implementation of the marine mammal import rule. The work of the DOGE Teams is therefore directly harming the interests of the Center and its members regarding marine mammal protection.

19.     DOGE Teams are also affecting the Center's work to protect wildlife affected by the SpaceX activities in Boca Chica, Texas. In 2023 the Center sued the Federal Aviation Administration for failing to comply with the National Environmental Policy Act when it approved SpaceX's Starship/Superheavy Launch Program. SpaceX's launch location is close to the habitat for several listed species, including the Kemp's ridley sea turtle and the piping plover. Each launch of a Superheavy rocket has the potential to cause debris to land within Lower Rio Grande National Wildlife Refuge, which could result in brush fires and debris in the critical habitat of the Refuge, and each launch causes other disturbance to sensitive wildlife through the extremely loud noises that occur during such launches and lighting that adversely affects wildlife. If such a lawsuit is successful, it could result in requiring the Federal Aviation Administration to put in additional safeguards and restrictions on SpaceX operations to ensure that environmental damages from future launches are properly minimized and mitigated, and do not result in harm to listed species. Given the profound conflicts of interests between Mr. Musk and the Trump administration, actions by DOGE Teams within the Federal Aviation

Administration designed to directly benefit SpaceX or Mr. Musk would have significant impacts on the Center's efforts to ensure that SpaceX complies with all environmental laws and does not harm endangered species or public lands that are home to such species.

20. DOGE Teams and individuals working with those teams are causing significant damage to the ability of federal agencies to meet their Congressional mandates, many of which the Center has allocated substantial resources over many years to ensure are fully carried out. For example, DOGE teams closed the Bureau of Land Management's Ukiah, California field office, which manages roughly 270,000 acres land in northern California, including lands that serve as habitat for numerous endangered species for which the Center secured federal endangered species protections.[4] On information and belief, DOGE Teams have also facilitated the closure of field offices in Florida that worked on Everglades restoration and the conservation of Florida endangered species, and the closure of offices in Flagstaff, Arizona, undermining conservation and management on millions of acres of public lands in Arizona.[5] Loss of field offices are often the precursor justification for then reducing staff at those offices, which in turn make it harder to ensure that those public lands and other natural resources are properly managed and conserved.

21. Grant recissions by DOGE Teams have also led to the loss of funding to reduce human-grizzly bear conflicts, undermining conservation and non-lethal management strategies for grizzly bears. Grant funding for the conservation of the Delta Smelt in California was arbitrarily paused for several months,[6] as funding to control the spread of bubonic plague, which

---

[4] *See generally*, https://www.cbsnews.com/sanfrancisco/news/elon-musks-doge-blm-ukiah-field-office/; *see also*, https://www.eenews.net/articles/doge-terminates-more-epa-interior-leases/
[5] *See* https://www.miamiherald.com/news/local/environment/article301340914.html
[6] *See* https://subscriber.politicopro.com/article/eenews/2025/03/26/trump-administration-approves-funding-to-keep-the-delta-smelt-alive-ee-00250023

9

is the primary threat to critically endangered Black-footed Ferrets.[7] DOGE Team efforts have arbitrarily cut all credit card spending by federal employees, making even day-to-day ordinary work much more difficult, further undermining all agencies abilities to meet their statutory mandates.[8] This has a direct, significant adverse effect on the well-established interests of the Center and its members.

22. In sum, the Center's litigation, campaigns, and advocacy across all environmental areas seeks to obtain improved conservation and environmental policies, regulations and agency practices to ensure better protection of the environment and listed species. But our efforts also require agency staff to dedicate significant resources and personnel towards improved conservation outcomes. The efforts of the DOGE Teams directly undermine the Center's mission, and adversely affects the interests of the Center and its members.

23. The agencies/departments that have established DOGE Teams pursuant to E.O. 14158 have failed to make public any information on the establishment of the DOGE Teams; the identity and employment status of DOGE Team members; how the DOGE Teams are interacting with the agencies/departments in which they have been established; and the legal basis for the DOGE Teams' authority to recommend and/or carry out changes within the Defendant agency/department. This in turn thwarts and undermines the mission of the Center. An order from the Court requiring Defendants to respond to discovery requests is necessary to establish basic information on the status of the DOGE Teams, which in turn will allow the Center to protect its interests.

---

[7] *See* https://www.vox.com/down-to-earth/401389/trump-doge-fish-wildife-service-black-footed-ferret
[8] See https://www.govexec.com/management/2025/03/epa-begins-eliminating-offices-doge-tightens-grip-nearly-all-agency-spending/403684/; *see also*, https://www.newsnationnow.com/politics/doge-cuts-threaten-endangered-species/

10

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of March 2025, in Prescott, AZ.

_____
Brett Hartl