IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00612-RDM |

**SECOND CONSENT MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT AND TO FILE ADMINISTRATIVE RECORDS**

Defendants respectfully move to extend Defendants' deadline to respond to Plaintiff's amended complaint and to comply with this Court's May 2, 2025 Order by one day—to May 27, 2025—given that the current deadline falls on a national holiday. Defendants also ask that the Court extend Plaintiff's deadline to respond to Defendants' forthcoming motion to dismiss by an additional day— to June 17, 2025.

Plaintiff filed its initial Complaint in this action on March 3, 2025, asserting claims under the Federal Advisory Committee Act ("FACA"), and service was completed on March 12. Plaintiff then filed an Amended Complaint on April 1 that added a claim under the Freedom of Information Act ("FOIA") as Count III. ECF 12. Defendants previously moved to align the deadline to respond to the FOIA count with the deadline to respond to the FACA counts, which the Court granted. ECF 17. On May 5, the Court denied Plaintiff's motion for expedited discovery but ordered that, "when Defendants file their motion to dismiss, they shall simultaneously file a 'certified list of the contents of the administrative record with the Court' pursuant to Local Rule 7(n), as well as the entire administrative record in this matter." *See* ECF 13, 16, 18; Min. Order

1

on May 2, 2025. Defendants needed more time to comply with the Court's May 2, 2025 Minute Order and moved with Plaintiff's consent to (1) extend Defendants' deadline to file their motion to dismiss to May 26, 2025, and (2) give Plaintiff's until June 16, 2025, to respond to Defendants' motion to dismiss. ECF 19. The Court granted that motion. Min. Order on May 8, 2025.

When Defendants moved to extend their deadline to May 26, Defendants did not realize that their new deadline fell on Memorial Day. This due date on a national holiday presents practical challenges for Defendants and their counsel, as few personnel within DOJ and the defendant agencies will be available to consult and assist in filing the administrative record and other matters related to the motion to dismiss on May 26, 2025.

Accordingly, Defendants ask the Court to extend the current deadline to respond to the amended complaint by one more day to May 27, 2025. Counsel for Defendants contacted counsel for Plaintiff regarding this motion, and Plaintiff consented to the motion, provided that the Court also extends the deadline for Plaintiff's response by one day to June 17, 2025.

Dated: May 20, 2025                              Respectfully submitted,

                                                 YAAKOV M. ROTH
                                                 Acting Assistant Attorney General
                                                 Civil Division

                                                 ELIZABETH J. SHAPIRO
                                                 Deputy Director, Federal Programs Branch

                                                 BRADLEY P. HUMPHREYS
                                                 Senior Trial Counsel

                                                 /s/ Samuel S. Holt
                                                 SAMUEL S. HOLT
                                                 Trial Attorney
                                                 Federal Programs Branch
                                                 Civil Division, Department of Justice
                                                 1100 L Street NW
                                                 Washington, DC 20005
                                                 Telephone: (202) 674-9761

                                        Fax: (202) 616-8470
                                        Samuel.Holt2@usdoj.gov

                                        *Counsel for Defendants*