# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiff*,

v.

U.S. DEPARTMENT OF INTERIOR, *et al.*,

*Defendants*.

Case No. 1:25-cv-00612-RDM

## NOTICE OF FILING OF ADMINISTRATIVE RECORDS

Defendants in the above-captioned action file this notice of the filing of the administrative records of the five Defendant agencies, the U.S. Department of the Interior, the U.S. Department of Agriculture, the U.S. Department of Commerce, the U.S. Department of Transportation, and the U.S. Environmental Protection Agency. The remaining Defendants consist of individuals sued in their official capacities and components of the five Defendant agencies.

Defendants submit these records as required by the Court's May 2, 2025 Minute Order. Defendants maintain, however, that no federal advisory committee has been established under the Federal Advisory Committee Act for the reasons discussed in Defendants' partial motion to dismiss, and therefore no formal administrative record establishing an advisory committee exists.

DATED: May 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

BRADLEY P. HUMPHREYS
Senior Trial Counsel

*/s/ Samuel S. Holt*
SAMUEL S. HOLT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on May 27, 2025, I electronically filed the foregoing and attachments and thereby caused a copy to be served on counsel of record.

>*/s/ Samuel S. Holt*
>SAMUEL S. HOLT