# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiff*,

v.

U.S. DEPARTMENT OF INTERIOR, *et al.*,

*Defendants*.

Case No. 1:25-cv-00612-RDM

## INDEX TO ADMINISTRATIVE RECORD

| Description | Bates Numbers |
|---|---|
| **All Defendants** | |
| Executive Order 14,158, Establishing and Implementing the President's "Department of Government Efficiency," 90 Fed. Reg. 8441 (Feb. 20, 2025) | Defs.' 001–2 |
| **U.S. Department of Commerce** | |
| Memorandum of Understanding for "DOC Employee 1" | DOC 001–3 |
| **U.S. Department of Transportation** | |
| Standard Form 50 for "DOT Employee 1" | DOT 001 |
| Appointment Package for "DOT Employee 1" | DOT 002–6 |
| Standard Form 50 for "DOT Employee 2" | DOT 007–8 |
| Standard Form 50 for "DOT Employee 2" | DOT 009 |
| **U.S. Environmental Protection Agency** | |
| External Assignment Agreement | EPA 001–3 |
| Addendum to Assignment Agreement | EPA 004 |
| Expert Certificate for "EPA Employee 1" | EPA 005-6 |
| Standard Form 50 for "EPA Employee 1" | EPA 007 |
| Standard Form 61 for "EPA Employee 1" | EPA 008 |
| Expert Certificate for "EPA Employee 2" | EPA 009–10 |
| Standard Form 50 for "EPA Employee 2" | EPA 011 |
| Standard Form 61 for "EPA Employee 2" | EPA 012 |
| **U.S. Department of Interior** | |
| Standard Form 50 for "DOI Employee 1" | DOI 001 |
| Standard Form 61 for "DOI Employee 1" | DOI 002 |
| Standard Form 50 for "DOI Employee 2" | DOI 003–4 |
| Standard Form 61 for "DOI Employee 2" | DOI 005 |

| Description | Bates Numbers |
|---|---|
| Memorandum of Understanding for "DOI Employee 3" | DOI 006–10 |
| **U.S. Department of Agriculture** | |
| Standard Form 61 for "USDA Employee 1" | USDA 001 |
| Standard Form 50 for "USDA Employee 1" | USDA 002 |
| Standard Form 61 for "USDA Employee 2" | USDA 003 |
| Standard Form 50 for "USDA Employee 2" | USDA 004 |
| Memorandum of Understanding for "USDA Employee 3" | USDA 005–8 |
| Memorandum of Understanding for "USDA Employee 4" | USDA 009–10 |
| Standard Form 50 for "USDA Employee 5" | USDA 011 |