# Presidential Documents

Executive Order 14158 of January 20, 2025

## Establishing and Implementing the President's "Department of Government Efficiency"

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

**Section 1**. *Purpose.* This Executive Order establishes the Department of Government Efficiency to implement the President's DOGE Agenda, by modernizing Federal technology and software to maximize governmental efficiency and productivity.

**Sec. 2**. *Definitions.* As used in this order:

(a) "Agency" has the meaning given to it in section 551 of title 5, United States Code, except that such term does not include the Executive Office of the President or any components thereof.

(b) "Agency Head" means the highest-ranking official of an agency, such as the Secretary, Administrator, Chairman, or Director, unless otherwise specified in this order.

**Sec. 3**. *DOGE Structure.* (a) *Reorganization and Renaming of the United States Digital Service.* The United States Digital Service is hereby publicly renamed as the United States DOGE Service (USDS) and shall be established in the Executive Office of the President.

(b) *Establishment of a Temporary Organization.* There shall be a USDS Administrator established in the Executive Office of the President who shall report to the White House Chief of Staff. There is further established within USDS, in accordance with section 3161 of title 5, United States Code, a temporary organization known as "the U.S. DOGE Service Temporary Organization". The U.S. DOGE Service Temporary Organization shall be headed by the USDS Administrator and shall be dedicated to advancing the President's 18-month DOGE agenda. The U.S. DOGE Service Temporary Organization shall terminate on July 4, 2026. The termination of the U.S. DOGE Service Temporary Organization shall not be interpreted to imply the termination, attenuation, or amendment of any other authority or provision of this order.

(c) *DOGE Teams.* In consultation with USDS, each Agency Head shall establish within their respective Agencies a DOGE Team of at least four employees, which may include Special Government Employees, hired or assigned within thirty days of the date of this Order. Agency Heads shall select the DOGE Team members in consultation with the USDS Administrator. Each DOGE Team will typically include one DOGE Team Lead, one engineer, one human resources specialist, and one attorney. Agency Heads shall ensure that DOGE Team Leads coordinate their work with USDS and advise their respective Agency Heads on implementing the President's DOGE Agenda.

**Sec. 4**. *Modernizing Federal Technology and Software to Maximize Efficiency and Productivity.* (a) The USDS Administrator shall commence a Software Modernization Initiative to improve the quality and efficiency of government-wide software, network infrastructure, and information technology (IT) systems. Among other things, the USDS Administrator shall work with Agency Heads to promote inter-operability between agency networks and systems, ensure data integrity, and facilitate responsible data collection and synchronization.

(b) Agency Heads shall take all necessary steps, in coordination with the USDS Administrator and to the maximum extent consistent with law, to ensure USDS has full and prompt access to all unclassified agency records, software systems, and IT systems. USDS shall adhere to rigorous data protection standards.

(c) This Executive Order displaces all prior executive orders and regulations, insofar as they are subject to direct presidential amendment, that might serve as a barrier to providing USDS access to agency records and systems as described above.

**Sec. 5**. *General Provisions*. (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 20, 2025.*

[FR Doc. 2025–02005
Filed 1–28–25; 11:15 am]
Billing code 3395–F4–P

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY., *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>U.S. DEPARTMENT OF INTERIOR, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00612-RDM |

**CERTIFICATION OF ADMINISTRATIVE RECORD ON BEHALF OF
U.S. DEPARTMENT OF COMMERCE AND NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION[1]**

  I, Charles R. Cutshall, serve as the Chief Privacy Officer and Director of Open Government of the U.S. Department of Commerce.  I am familiar with the claims asserted against the Defendants in the above-captioned action.  I submit this certification in compliance with Local Rule 7(n) and the Court's May 2, 2025 Minute Order.

  On January 20, 2025, President Trump issued Executive Order 14,158.  Among other things, Executive Order 14,158 directed agency heads across the Executive Branch to establish within their respective agencies a DOGE Team made up of employees who are either hired or assigned to work within each agency to implement the President's DOGE Agenda, by modernizing Federal technology and software to maximize governmental efficiency and productivity.  *See* 90 Fed. Reg. 8441, §§ 1, 3(c).  I hereby certify that, as of the date of Plaintiff's amended complaint, April 1, 2025, the DOGE Team at the U.S. Department of Commerce consisted of one detailee

---

[1] Defendants submit this administrative record pursuant to the Court's May 2, 2025 Minute Order. Defendants maintain, however, that no advisory committee has been established under the Federal Advisory Committee Act for the reasons discussed in Defendants' motion to dismiss.

from the Office of Personnel Management; the Memorandum of Understanding establishing the detail arrangement is attached hereto with minor redactions of personally identifying information.

Also as of April 1, 2025, there are no separate DOGE Teams or DOGE Team members working at the National Oceanic and Atmospheric Administration.

To the best of my knowledge, and upon reasonable inquiry to appropriate offices, other than Executive Order 14,158 there are no memoranda or other documents created prior to April 1, 2025 in the possession, custody, or control of the U.S. Department of Commerce regarding the establishment of a DOGE Team.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

CHARLES CUTSHALL

Digitally signed by CHARLES CUTSHALL
Date: 2025.05.27 12:25:56 -04'00'

Charles R. Cutshall

2

MEMORANDUM OF AGREEMENT

ESTABLISHING A

NON-REIMBURSABLE DETAIL

BETWEEN THE

**The Office of Personnel Management**
LOANING AGENCY

AND

**U.S. Department of Commerce**
REQUESTING AGENCY

Agreement No. _____

I.   <u>PARTIES</u>

This document constitutes an agreement between the **Office of Personnel Management** (the "Loaning Agency") and **the U.S. Department of Commerce** (the "Requesting Agency") concerning the Loaning Agency's detail of ██DOC 1██ (the "Employee") to the Requesting Agency.

II.  <u>PURPOSE</u>

Pursuant to this agreement, the Employee will be detailed to the Requesting Agency on a non-reimbursable basis.  While on detail, the Employee will support the Requesting Agency's efforts to assess the efficiency of its operations and develop recommendations in support of the same.

III. <u>AUTHORITY</u>

This agreement is authorized by:

1.  The Loaning Agency has determined that this detail involves matter(s) that are similar or related to matter(s) ordinarily handled by the Loaning Agency and will aid the Loaning Agency in accomplishing a purpose for which its appropriations are provided.  **The Office of Personnel of Management is charged with the overall supervision of the Federal workforce, and detailee's work on behalf of the Requesting Agency will advance both OPM's mission and that of the Requesting Agency.**  13 U.S. Op. Off. Legal Counsel 188, 189-90 (1989); 64 Comp. Gen 370, 380-81 (1985).

IV. RESPONSIBILITIES OF THE PARTIES

    a.   Time and Attendance. The Employee's time and attendance will be maintained by both parties. The Requesting Agency's timekeeper will report the Employee's time and attendance to the Loaning Agency's timekeeper ███████████████████████ ████ on a biweekly basis, and it will advise the Loaning Agency of the type and amount of any leave used during that period.

    b.   Employee Evaluations. Upon request by the Loaning Agency, using the performance plan issued to the Employee, the Requesting Agency will provide in writing a descriptive evaluation of the Employee's performance and submit it to the Loaning Agency no later than September 30 of the calendar year or earlier if the detail ends prior to that date.

    c.   The Requesting Agency agrees to perform the following additional responsibilities: Provide technical and operational support to the Employee for all Requesting Agency activities; provide office space and administrative support to the Employee while detailed to the Requesting Agency.

    d.   The Loaning Agency agrees to perform the following additional responsibilities: None.

V. COSTS

Employee is an unpaid consultant and has signed a compensation waiver.

VI. TERM OF THE DETAIL, AGREEMENT TERMINATION, AND AMENDMENTS

This agreement will become effective when signed by both parties.

The subject detail will commence **when the agreement is signed by both parties**, and it will end on **June 3, 2025,** at which time this agreement will terminate.

This agreement may be amended by mutual written consent of the parties prior to its termination date. Any party may terminate this agreement by providing **14** days' written notice to the other party. This agreement is subject to the availability of funds.

VII. RESOLUTION OF DISAGREEMENTS

Should disagreements arise on the interpretation of the provisions of this agreement or amendments and/or revisions thereto, that cannot be resolved at the operating level, the area(s) of disagreement shall be stated in writing by each party and presented to the other party for consideration. If agreement on interpretation is not reached within 30 days, the parties shall forward the written presentation of the disagreement to respective higher officials for appropriate resolution.

VIII. CONTACTS

The contacts of each party to this agreement are:

**DOC 2**

**John K. Guenther**
**Deputy General Counsel for Administration**
**U.S. Department of Commerce**
**1401 Constitution Avenue, NW Room 5898C**
**Washington, D.C. 20230**

███████████

**Carmen Garcia**
**Chief Human Capital Officer**
**US Office of Personnel Management**
**1900 E St. NW**
**Washington, DC 20415**

███████████

The parties agree that if there is a change regarding the information in this section, the party making the change will notify the other party in writing of such change.

IX.   <u>SIGNATURES</u>



JOHN GUENTHER   Digitally signed by JOHN
GUENTHER
Date: 2025.02.03 20:41:21 -05'00'

| | |
|---|---|
| **John K. Guenther** | Date |

**Deputy General Counsel for Administration**
**U.S. Department of Commerce**
**1401 Constitution Avenue, NW**
**Room 5898C**
**Washington, D.C. 20230**

███████████



2.3.2025

C
**Chief Human Capital Officer**
**US Office of Personnel Management**
**1900 E St. NW**
**Washington, DC 20415**

███████████

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF INTERIOR, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00612-RDM |

**CERTIFICATION OF ADMINISTRATIVE RECORD ON BEHALF OF
U.S. DEPARTMENT OF TRANSPORTATION AND
FEDERAL AVIATION ADMINISTRATION[1]**

I, Joan Simpson, am a Strategic Advisor for Executive and Political Resources at the United States Department of Transportation.  I am familiar with the claims asserted against the Defendants in the above-captioned action, and I submit this certification in compliance with Local Rule 7(n) and the Court's May 2, 2025 Minute Order.

On January 20, 2025, President Trump issued Executive Order 14,158.  Among other things, Executive Order 14,158 directed agency heads across the Executive Branch to establish within their respective agencies a DOGE Team made up of employees who are either hired or assigned to work within each agency to implement the President's DOGE Agenda, by modernizing Federal technology and software to maximize governmental efficiency and productivity.  *See* 90 Fed. Reg. 8441, §§ 1, 3(c).  I hereby certify that, as of the date of Plaintiff's amended complaint, April 1, 2025, the DOGE Team at the U.S. Department of Transportation, consisted of one special

---

[1] Defendants submit this administrative record pursuant to the Court's May 2, 2025 Minute Order.  Defendants maintain, however, that no advisory committee has been established under the Federal Advisory Committee Act for the reasons discussed in Defendants' motion to dismiss.

government employee.    A second DOGE Team member worked at the U.S. Department of Transportation as a non-career Senior Executive Service appointee from February 7, 2025 to March 8, 2025.  Employment documentation for both of these employees is attached hereto.

There are no separate DOGE Teams or DOGE Team members working at the Federal Aviation Administration.  The DOGE Team members described above work or worked within the Office of the Secretary of Transportation.

There are no non-deliberative memoranda or other non-deliberative documents, besides Executive Order 14,158, that established the DOGE Team at Transportation.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Joan B. Simpson*

Joan B. Simpson

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| DOT-1 | | | 03/05/2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 171 | 5-B. Nature of Action EXC APPT NTE 09-10-25 | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code H2L | 5-D. Legal Authority REG 304.103 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
SENIOR ADVISOR TO THE SECRETARY

1000    EF61042

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | EF | 0301 | 00 | 00 | $748.24 | PD |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $748.24 | $0.00 | $748.24 | $0.00 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
TD01 OFFICE OF THE SECRETARY

WASHINGTON,DC

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1 – None  3 – 10–Point/Disability  5 – 10–Point/Other<br>2 – 5–Point  4 – 10–Point/Compensable  6 – 10–Point/Compensable/30% | 0 | 0 – None  2 – Conditional<br>1 – Permanent  3 – Indefinite | | YES  X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0  EMPLOYEE IN A POSITION EXCLUDED FROM FEGLI COVERA | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per |
|---|---|---|---|
| 2  FICA | 03/05/2025 | I  INTERMITTENT | Biweekly<br>Pay Period |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1 – Competitive Service  3 – SES General<br>2 – Excepted Service  4 – SES Career Reserved | E  E – Exempt<br>N – Nonexempt | 0001686 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON,DISTRICT OF COLUMBIA |

| 40. Agency Data FUNC CLS 00 | 41. VET STAT X | 42. EDUC LVL 17 | 43. SUPV STAT 8 | 44. POSITION SENSITIVITY HIGH RISK |
|---|---|---|---|---|

**45. Remarks**
APPOINTMENT AFFIDAVIT EXECUTED 03-05-25.
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
REASON FOR TEMPORARY APPOINTMENT SPECIAL GOVERNMENT EMPLOYEE
INELIGIBLE FOR LEAVE.
YOU ARE SUBJECT TO REGULATIONS GOVERNING CONDUCT AND RESPONSIBILITIES OF SPECIAL GOVERNMENT EMPLOYEES.
EMPLOYEE IS SUBJECT TO DRUG TESTING AS PROVIDED IN THE DOT DRUGFREE
DEPARTMENTAL WORKPLACE PLAN.

| 46. Employing Department or Agency TD - OFFICE OF THE SECRETARY | 50. Signature/Authentication and Title of Approving Official 250850538 / ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code TD01 | 48. Personnel Office ID 3297 | 49. Approval Date 03/11/2025 | JOAN SIMPSON STRATEGIC ADVISOR, EPRC |

5–Part 50–316

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

DOT 1



**U.S. Department
of Transportation**

Office of the Secretary
of Transportation

1200 New Jersey Avenue, SE
Washington, DC 20590

*March 4, 2025*

**ACTION:** Temporary Appointment of a Consultant

Keith Washington ███████
Deputy Assistant Secretary for Administration

Pete Meachum
Chief of Staff

This is to document my approval to appoint ███████ DOT-1 on a temporary appointment as a Special Government Employee, in the Office of the Secretary, Immediate Office of the Secretary at the rate of $748.24 per day, for a period not-to-exceed 130 days during any period of 365 consecutive days. This daily amount includes locality pay. In addition, I authorize Mr. ███ DOT-1 o receive automatic adjustments in his rate of basic pay at the time of general pay increases and all other pay adjustments that he may be eligible to receive.

███████ DOT-1 will provide valuable and pertinent advice, recommendations, outside views, and consultation generally drawn from a high degree of professional knowledge and experience on a variety of management and organizational issues relating to the efficiency of transportation programs, policies, procedures, and initiatives.

The Office of the General Counsel has determined that there is no conflict of interest, which would prevent ███████ DOT-1 from performing these duties. Attached are the forms necessary to appoint ███████ DOT-1

\#

| DEPARTMENT OF TRANSPORTATION | REPORTING ELEMENT |
|---|---|
| **EXPERT AND CONSULTANT APPOINTMENT** | |

| 1. NAME (Last, first, middle initial) <br> ▓ DOT-1 ▓ | 2. DATE OF BIRTH (Month, day, year) |
|---|---|

| 3A. TITLE OF POSITION <br> **Senior Advisor to the Secretary** <br> **(Special Government Employee)** | 3B. POSITION NO. |
|---|---|

| 4. STATEMENT OF DUTIES (Continue on reverse, if necessary) | **$748.24** |
|---|---|
| **See attached Statement of Duties** | |

### 6. RESUME OF EDUCATION AND EXPERIENCE

A. EDUCATION AND TRAINING (Continue on reverse, if necessary)

**See attached Resume**

B. EXPERIENCE (Continue on reverse, if necessary)

**See attached Resume**

### 7. TYPE OF ACTION

| A. (CHECK ONE) <br> X  APPOINTMENT    ☐  REAPPOINTMENT | B. EFFECTIVE DATE <br> **3/5/2025** |
|---|---|
| C. IF REAPPOINTMENT, SHOW DATE OF ORIGINAL APPOINTMENT <br> **N/A** | D. IF APPOINTMENT IS LIMITED IN DURATION, SHOW <br> TERMINATION DATE |

8. APPOINTMENT AUTHORITY

**5 U.S.C. 3109 and DOT Appropriations Act**

### 9. UTILIZATION

| A. ESTIMATED NUMBER OF DAYS TO BE WORKED <br> **Not to Exceed 130 days during any 365 consecutive daysr** | B. (Check one) <br> ☐  INTERMITTENT <br> X  REGULAR TOUR OF DUTY | C. IF THIS IS A REAPPOINTMENT, SHOW NUMBER OF DAYS WORKED DURING PREVIOUS SERVICE YEAR |
|---|---|---|

10. I CERTIFY THAT:

    A. The appointee is, or will be assigned only to duties consistent with the nature of this appointment.

    B. A conflict of interest statement has been obtained and a determination made that no conflict of interest exists.

| 11. SIGNATURE OF APPOINTING OFFICER (Or his designee) <br> ▓▓▓▓▓ | 12. DATE <br> 3/4/2025 |
|---|---|

Form DOT F3300.7 (4-70)

## CONSULTANT/EXPERT PREAPPOINTMENT REVIEW CERTIFICATE

In proposing the filling of this consultant/expert position without regard to the laws and regulations governing appointments in the competitive service, and in setting the rate of pay without regard to the classification and pay laws, I have considered the requirements of law (5 U.S.C. 3109), relevant Comptroller General decisions, and the instructions of the Office of Personnel Management (OPM).

I have determined and certify that:

(a)   the position of **Senior Advisor to the Secretary** is necessary.

(b)   the position is a "consultant/expert position" as defined by OPM in FPM Chapter 304.

(c)   the work requires:

      a high level of expertness not available in the regular workforce.  These services are required on an irregular or occasional basis, i.e., not on any predetermined regular schedule, and do not include the supervision of operating functions.

      a high level of expertness not available in the regular workforce.  These services are
**X** required on a full-time basis for a period of one year or less and do not involve the supervision of operating functions.

      a kind of experience or expertness not available in the regular workforce.  These services are required on an irregular or occasional basis, i.e., not on any predetermined regular schedule, purely advisory in nature, and do not include the performance or supervision of operating functions.

      a kind of experience or expertness not available in the regular workforce.  These services are required on a full-time basis for a period of one year or less, purely advisory in nature, and do not involve the performance or supervision of operating functions.

(d)   this authority is the most appropriate appointment authority for meeting the needs of the **Office of the Secretary**.

(e)   the proposed appointee, █████ DOT-1 █████ meets the OPM definition of a "consultant/expert" in FPM Chapter 304 and does, in fact, possess the kind and level of experience and qualifications that will permit him to perform the required duties.

(f)   the daily rate intended to be paid the proposed appointee is commensurate with the level of work to be performed and the appointee's qualifications for the work; and

(g)   documentation required by FPM and DPM Chapter 304 in order.


████████████                               3/4/2021

Keith Washington, Deputy Assistant          Date
Secretary for Administration


Form OST 3305.1  (1/94)

# STATEMENT OF DUTIES

Incumbent serves as an advisor and consultant to the Office of the Secretary, providing valuable and pertinent advice, recommendations, outside views, and consultation generally drawn from a high degree of professional knowledge and experience on a variety of management and organizational issues relating to the efficient operations of transportation issues dealing with new policy and safety transportation issues and initiatives.

These services are required temporarily to meet the immediate needs of the Administration and the Department's executive leadership.

**DOT 5**

## Certificate of Understanding

I understand that under the condition of my appointment as a consultant with the Department of Transportation, Office of the Secretary:

1. I do not acquire competitive status as a career Federal employee.

2. I will not receive any special consideration for a career position with the Federal Government based on this appointment.

3. I will be appointed on an intermittent basis for the period of not to exceed one year commencing as soon as possible.

4. I will be appointed as a Special Government Employee with an appointment not to exceed 130 days during any period of 365 consecutive days.

5. I understand I will be compensated for my services at a rate of $93.53 per hour.

6. I understand the provisions of the Ethics in Government Act of 1978 (28 CFR, Part 45) and to the best of my knowledge, I am not in violation of these regulations.

7. I am required to comply with Federal regulations including but not limited to those governing (1) privacy procedures in personnel records, (2) employee responsibility and conduct, and (3) availability of official information and disclosure. (See Title 5 C.F.R. Parts 297, 735, and 294 respectively.)

8. I am to observe all rules of safety in the performance of my duties.

9. This agreement may be terminated at any time by me, or the U.S. Department of Transportation.



3/4/2025

Date

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) <br> DOT-2 | 2. Social Security Number | 3. Date of Birth | 4. Effective Date <br> 02/07/2025 |
|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code <br> 146 | 5-B. Nature of Action <br> **SES NON-CAREER APPT** | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code <br> V4L | 5-D. Legal Authority <br> 5 U.S.C. 3394(A) NONCAREER | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code <br> AWM | 5-F. Legal Authority <br> OPM FORM 1652 | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number <br> SENIOR ADVISOR <br><br> 1000    ES00457 |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan <br> ES | 17. Occ. Code <br> 0301 | 18. Grade or Level <br> 00 | 19.Step or Rate <br> 00 | 20. Total Salary/Award <br> $185000.00 | 21. Pay Basis <br> PA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay <br> $185000.00 | 20B. Locality Adj. <br> $0.00 | | 20C. Adj. Basic Pay <br> $185000.00 | 20D. Other Pay <br> $0.00 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization <br> TD01 OFFICE OF THE SECRETARY <br><br><br> WASHINGTON,DC |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference <br> 1 <br> 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other <br> 2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 24. Tenure <br> 0 <br> 0 - None   2 - Conditional <br> 1 - Permanent   3 - Indefinite | 25. Agency Use | 26. Veterans Preference for RIF <br> YES   X   NO |
|---|---|---|---|
| 27. FEGLI <br> C0   BASIC ONLY | 28. Annuitant Indicator <br> 9   NOT APPLICABLE | | 29. Pay Rate Determinant <br> 0 |
| 30. Retirement Plan <br> KF   FERS-FRAE & FICA | 31. Service Comp. Date (Leave) <br> 02/07/2025 | 32. Work Schedule <br> F   FULL-TIME | 33. Part-Time Hours Per <br> Biweekly <br> Pay Period |

## POSITION DATA

| 34. Position Occupied <br> 3 <br> 1 - Competitive Service   3 - SES General <br> 2 - Excepted Service   4 - SES Career Reserved | 35. FLSA Category <br> E <br> E - Exempt <br> N - Nonexempt | 36. Appropriation Code <br> 0001686 | 37. Bargaining Unit Status <br> 8888 |
|---|---|---|---|
| 38. Duty Station Code <br> 11-0010-001 | 39. Duty Station (City - County - State or Overseas Location) <br> WASHINGTON,DISTRICT OF COLUMBIA | | |

| 40. Agency Data <br> FUNC CLS 00 | 41. <br> VET STAT X | 42. <br> EDUC LVL 15 | 43. <br> SUPV STAT 2 | 44. <br> POSITION SENSITIVITY HIGH RISK |
|---|---|---|---|---|

45. Remarks
```
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
APPOINTMENT AFFIDAVIT EXECUTED 02-07-25.
ELIGIBLE FOR SICK AND ANNUAL LEAVE
EMPLOYEE IS SUBJECT TO DRUG TESTING AS PROVIDED IN THE DOT DRUGFREE
DEPARTMENTAL WORKPLACE PLAN.
YOU HAVE 60 DAYS FROM THE DATE OF THIS ACTION TO ENROLL IN THE FEDERA
EMPLOYEES HEALTH BENEFITS PROGRAM (FEHB). YOUR SF-2809 FEHB ELECTION
FORM MUST BE RECEIVED BY THE EXECUTIVE AND POLITICAL RESOURCES CENTER
HUMAN RESOURCES OFFICE NO LATER THAN 60 DAYS FROM THE EFFECTIVE DATE
OF THIS ACTION.
YOU HAVE 60 DAYS FROM THE DATE OF THIS ACTION TO ENROLL IN THE
FEDERAL EMPLOYEES DENTAL AND VISION PROGRAM (FEDVIP)
YOU HAVE 60 DAYS FROM THE DATE OF THIS ACTION OR UNTIL SEPTEMBER 30
OF THE PLAN YEAR TO ENROLL IN THE FLEXIBLE SPENDING ACCOUNT PROGRAM
(FSAFEDS).
YOU ARE AUTOMATICALLY ENROLLED IN BASIC COVERAGE IN THE FEDERAL
EMPLOYEES? GROUP LIFE INSURANCE PROGRAM (FEGLI), UNLESS YOU ELECT TO
WAIVE COVERAGE OR ELECT ADDITIONAL COVERAGE. YOUR SF-2817 LIFE
*** REMARKS CONTINUED ON THE NEXT PAGE ***
```

| 46. Employing Department or Agency <br> TD - OFFICE OF THE SECRETARY | 50. Signature/Authentication and Title of Approving Official <br> 250574667 / ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code <br> TD01 | 48. Personnel Office ID <br> 3297 | 49. Approval Date <br> 02/11/2025 | JOAN SIMPSON <br><br> STRATEGIC ADVISOR, EPRC |

5-Part 50-316

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

DOT 7

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) DOT-2 | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 02/07/2025 |
|---|---|---|---|

### FIRST ACTION / SECOND ACTION

| 5–A. Code 146 | 5–B. Nature of Action SES NON-CAREER APPT | 6–A. Code | 6–B. Nature of Action |
|---|---|---|---|
| 5–C. Code V4L | 5–D. Legal Authority 5 U.S.C. 3394(A) NONCAREER | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code AWM | 5–F. Legal Authority OPM FORM 1652 | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number SENIOR ADVISOR 1000  ES00457 |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan ES | 17. Occ. Code 0301 | 18. Grade or Level 00 | 19. Step or Rate 00 | 20. Total Salary/Award $185000.00 | 21. Pay Basis PA |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay $185000.00 | 20B. Locality Adj. $0.00 | 20C. Adj. Basic Pay $185000.00 | 20D. Other Pay $0.00 |
|---|---|---|---|---|---|---|---|

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization TD01 OFFICE OF THE SECRETARY<br><br>WASHINGTON,DC |
|---|---|

### EMPLOYEE DATA

| 23. Veterans Preference 1 | 1 – None    3 – 10-Point/Disability    5 – 10-Point/Other<br>2 – 5-Point    4 – 10-Point/Compensable    6 – 10-Point/Compensable/30% | 24. Tenure 0 | 0 – None    2 – Conditional<br>1 – Permanent    3 – Indefinite | 25. Agency Use | 26. Veterans Preference for RIF    YES  X  NO |
|---|---|---|---|---|---|

| 27. FEGLI C0 BASIC ONLY | 28. Annuitant Indicator 9 NOT APPLICABLE | 29. Pay Rate Determinant 0 |
|---|---|---|

| 30. Retirement Plan KF FERS-FRAE & FICA | 31. Service Comp. Date (Leave) 02/07/2025 | 32. Work Schedule F FULL-TIME | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|

### POSITION DATA

| 34. Position Occupied 3 | 1 – Competitive Service    3 – SES General<br>2 – Excepted Service    4 – SES Career Reserved | 35. FLSA Category E | E – Exempt<br>N – Nonexempt | 36. Appropriation Code 0001686 | 37. Bargaining Unit Status 8888 |
|---|---|---|---|---|---|

| 38. Duty Station Code 11-0010-001 | 39. Duty Station (City – County – State or Overseas Location) WASHINGTON,DISTRICT OF COLUMBIA |
|---|---|

| 40. Agency Data FUNC CLS 00 | 41. VET STAT X | 42. EDUC LVL 15 | 43. SUPV STAT 2 | 44. POSITION SENSITIVITY HIGH RISK |
|---|---|---|---|---|

**45. Remarks**

```
*** REMARKS CONTINUED ***
INSURANCE ELECTION FORM MUST BE RECEIVED BY THE EXECUTIVE AND
POLITICAL RESOURCES CENTER HUMAN RESOURCES OFFICE NO LATER THAN 60
DAYS FROM THE EFFECTIVE DATE OF THIS ACTION.
YOU ARE AUTOMATICALLY ENROLLED IN THE THRIFT SAVINGS PLAN (TSP),
UNLESS YOU ELECT TO STOP TSP CONTRIBUTIONS.  A RATE OF 5 PERCENT WILL
AUTOMATICALLY BE DEDUCTED FROM YOUR BASIC RATE OF PAY.
TSP CONTRIBUTIONS CAN BE INCREASED, DECREASED OR STOPPED AT ANYTIME.
PLEASE CONTACT YOUR HUMAN RESOURCES OFFICE FOR MORE INFORMATION.
SCD SUBJECT TO CHANGE UPON VERIFICATION OF PRIOR SERVICE.
FEDERAL SERVICE
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE OR FERS-FRAE.
TENURE AS USED FOR 5 U.S.C. 3502 IS NOT APPLICABLE TO THE SENIOR EXECUTIVE SERVICE.
```

| 46. Employing Department or Agency TD - OFFICE OF THE SECRETARY | 50. Signature/Authentication and Title of Approving Official 250574667 / ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code TD01 | 48. Personnel Office ID 3297 | 49. Approval Date 02/11/2025 | JOAN SIMPSON<br>STRATEGIC ADVISOR, EPRC |

DOT 8

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| DOT-2 | ████████ | ████████ | 03/08/2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code | 5–B. Nature of Action | 6–A. Code | 6–B. Nature of Action |
| 352 | TERMINATION-APPT IN USDA | | |
| 5–C. Code | 5–D. Legal Authority | 6–C. Code | 6–D. Legal Authority |
| DBM | K CFR PART 715 | | |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SENIOR ADVISOR<br><br>1000    ES00457 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ES | 0301 | 00 | 00 | $185000.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $185000.00 | $0.00 | $185000.00 | $0.00 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| TD01 OFFICE OF THE SECRETARY<br><br><br><br>WASHINGTON,DC | AG01 |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1 – None    3 – 10–Point/Disability    5 – 10–Point/Other<br>2 – 5–Point    4 – 10–Point/Compensable    6 – 10–Point/Compensable/30% | 0 | 0 – None    2 – Conditional<br>1 – Permanent    3 – Indefinite | | YES    X    NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0    BASIC ONLY | 9    NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per |
|---|---|---|---|
| KF    FERS-FRAE & FICA | 02/07/2025 | F    FULL-TIME | Biweekly<br>Pay Period |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 3    1 – Competitive Service    3 – SES General<br>2 – Excepted Service    4 – SES Career Reserved | E    E – Exempt<br>N – Nonexempt | 0001686 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON,DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| FUNC CLS 00 | VET STAT X | EDUC LVL 15 | SUPV STAT 2 | POSITION SENSITIVITY HIGH RISK |

**45. Remarks**

FORWARDING ADDRESS:  ████████████

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| TD - OFFICE OF THE SECRETARY | 251541841 / ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | JOAN SIMPSON |
|---|---|---|---|
| TD01 | 3297 | 05/01/2025 | STRATEGIC ADVISOR, EPRC |

5–Part 50–316     **2 - OPF Copy - Long-Term Record - DO NOT DESTROY**     Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

**DOT 9**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| *Plaintiff*, | |
| v. | Case No. 1:25-cv-00612-RDM |
| U.S. DEPARTMENT OF INTERIOR, *et al.*, | |
| *Defendants*. | |

**CERTIFICATION OF ADMINISTRATIVE RECORD ON BEHALF OF
U.S. ENVIRONMENTAL PROTECTION AGENCY[1]**

I, Wesley J. Carpenter, EPA Deputy Chief of Staff for Management, hereby certify to the

best of my knowledge and belief that the documents attached hereto constitute the administrative

record with respect to this litigation.  I am familiar with the claims asserted against the Defendants

in the above-captioned action, and I submit this certification in compliance with Local Rule 7(n)

and the Court's May 2, 2025, Minute Order.

On January 20, 2025, President Trump issued Executive Order 14,158.  Among other

things, Executive Order 14,158 directed agency heads across the Executive Branch to establish

within their respective agencies a DOGE Team made up of employees who are either hired or

assigned to work within each agency to implement the President's DOGE Agenda by modernizing

Federal technology and software to maximize governmental efficiency and productivity.  *See* 90

Fed. Reg. 8441, §§ 1, 3(c).  As of the date of Plaintiff's amended complaint, April 1, 2025, the

---

[1] Defendants submit this administrative record pursuant to the Court's May 2, 2025, Minute Order.  Defendants maintain, however, that no federal advisory committee has been established under the Federal Advisory Committee Act for the reasons discussed in Defendants' motion to dismiss.

DOGE Team at EPA consisted of two full-time employees hired directly by EPA as Special Government Employees and one employee detailed to EPA from the U.S. DOGE Service. Employment documentation for the DOGE Team members is attached hereto.

There are no other non-deliberative documents, besides Executive Order 14,158, that established the DOGE Team at EPA.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Carpenter, Wesley
Digitally signed by Carpenter, Wesley
Date: 2025.05.27 14:56:25 -04'00'

Wesley. J Carpenter



Executive Office of the President
# U.S. DOGE Service

Assignment Agreement
Environmental Protection Agency (EPA)

**PARTIES**
This agreement documents the assignment of a team of employees from the U.S. DOGE Service (USDS), to Environmental Protection Agency (EPA),

**PURPOSE OF AGREEMENT**
USDS is assigning employees to EPA on a temporary basis in accordance with the President's Executive Order "Establishing and Implementing the President's Department of Government Efficiency" dated January 20, 2025.

In accordance with this order, Agency Heads shall take all necessary steps, in coordination with the USDS Administrator and to the maximum extent consistent with law, to ensure USDS has full and prompt access to all unclassified agency records, software systems, and IT systems. USDS shall adhere to rigorous data protection standards.

Upon execution of this agreement, all assigned USDS employees should be appropriately onboarded to EPA systems to facilitate access to necessary systems and records.

EPA shall provide all necessary identification to allow access and communications, to include badges, phones, e-mail account, computers, network access, and permissions for assignees to complete work for EPA. This access includes enabling the team to access and store documents related to their work for EPA on EPA's network and/or hardware. For each assignee, this includes a laptop computer or ThinClient that connects to the EPA IT network and an EPA email address. EPAF shall provide this access within one business day of the written request.

**AUTHORITY**
USDS is assigning employees to EPA on a temporary basis pursuant to the Presidents Executive Order and in furtherance of the purposes of appropriations available to USDS to carry out projects "for the furtherance of integrated, efficient, secure, and effective uses of information technology in the Federal Government," Division E, Consolidated Appropriations Act, 2023 (Public Law 117-328), as continued by Public Law 118-15 and H.R. 6363 as signed by the President; section 4010, and any applicable interagency agreement. USDS and EPA mutually agree that this arrangement is the most expeditious way of executing on the President's order and furthering the purpose of the appropriation and any applicable interagency agreement with respect to the work at EPA.

**PERIOD OF AGREEMENT**

The terms and conditions described are effective from January 20, 2025 through July 4, 2026.  The parties may extend this agreement through a signed addendum.

**SCOPE OF WORK**
USDS will collaborate with the EPA's designee on the placement of the assignees at EPA. The USDS Administrator reserves the right to shift and re-allocate resources based on USDS's overall highest priority digital service needs. USDS will discuss projects and the overall engagement with EPA on an as needed basis.

USDS Assignees Will:

- Work on software modernization Initiatives to improve the quality and efficiency of government-wide software, network infrastructure, and information technology (IT) systems.
- Promote inter-operability between agency networks and systems, ensure data integrity, and facilitate responsible data collection and synchronization.
- Use software engineering, modern architecture and system design, product and team leadership, delivery focus, and/or executive leadership expertise to champion the use of modern technology development and management approaches.

EPA will:

- Ascertain and mitigate any conflicts of interest or confidentiality protocols during the assignment.
- Provide technical and operational support to the assignees for all EPA activities related to this assignment.
- Cover travel or training expenses required to achieve assignment objectives specific to EPA's mission (unless otherwise negotiated between OMB and EPA).
- Maintain records for the team, including all project-related documents that must be maintained pursuant to the Federal Records Act and EPA policy.
- For any EPA documents provided to the USDS team, clearly mark any material that contains legally protected information.
- Create a process by which EPA  will: (1) review any final project-related documents created by the assignees that may contain legally protected information, and (2) inform the assignees of any information in those documents that EPA considers legally protected.
- Promptly notify and coordinate with the USDS Office of General Counsel if the assignees' work in this matter becomes the subject of a request for information (such as under the Freedom of Information Act or by the media) or any oversight inquiries from, for example, a Congressional committee, any federal Office of Inspector General, or the Government Accountability Office (GAO).

**CONTACT INFORMATION**

| EPA POC | | USDS POC | |
|---|---|---|---|
| **NAME** | ███████ | **NAME** | ███████ |
| | 1200 Pennsylvania Avenue NW, Washington, DC 20004 | | **U.S. Digital Service, OMB, EOP** **736 Jackson Place** **Washington DC 20503** |
| **EMAIL** | ███████ | **EMAIL** | ███████ |
| **PHONE** | | **PHONE** | ███████ |

**SIGNATURES**

Authorization of the agreement:

_____          1/31/25
Eric Amidon (EPA Approver)          Date          _____
Chief of Staff
Environmental Protection Agency (EPA)


_____          1/31/25
Special Advisor          Date
US DOGE Service
Executive Office of the President



Executive Office of the President
## U.S. DOGE Service

Environmental Protection Agency (EPA)
Addendum to the Assignment Agreement

**PURPOSE**

This Addendum modifies and supplements the attached Assignment Agreement between the United States DOGE Service (USDS) and the Environmental Protection Agency (the "Parties"), executed on January 31, 2025, to the extent specified herein. This Addendum shall be effective on February 7, 2025.

**SUPPLEMENTAL TERMS**

Notwithstanding any terms in the Terms and Conditions of Reimbursable Work, the Parties agree as follows:

As originally intended by the Parties, but for the avoidance of doubt, USDS employees assigned to Environmental Protection Agency pursuant to this Agreement will report to and be supervised by the Administrator of the Environmental Protection Agency or his or her designee for purposes of work performed under this Agreement.

**SIGNATURES**

Authorization of this Addendum:


/s/ Eric Amidon                                    2/13/2025
Eric Amidon                                        Date
Chief of Staff
Environmental Protection Agency



███████████                                        2/14/2025
                                                   Date
Senior Advisor
USDS

**EPA**

United States Environmental Protection Agency
**Advisory Committee Member, Other SGE, Expert or Consultant Certificate**

**Name of person to be hired** *(Last, First, Middle Initial)*

Last EPA 1   First EPA 1   M ___

**Phone:** (b) (6) _____

**E-mail:** (b) (6) _____

**Mailing Address**

Street (b) (6) _____

City, State, Zip (b) (6) _____

**Organization** *(Office of the EPA official responsible for utilizing the services of the advisory committee member, expert, or consultant)*
Office of the Administrator

**Ethics Review Completed:** [X] Yes  [ ] No
**Person will be Special Government Employee:** [✓] Yes  [ ] No
Person has submitted EPA Form 3110-48, Confidential Financial Disclosure Form for Special Government Employees, that the Deputy Ethics Official has certified.

DEO Name Justina Fugh   DEO Initials JF
Date of certification: 02/17/2025

**Nature of Appointment** *(check the appropriate box)*
[X] Initial (New)   [ ] Extension

**Employee Work Schedule** *(check appropriate box)*
[ ] Intermitttent (work schedule fluctuates)
[X] Regular Tour of Duty NTE 1 Yr (regular work schedule)
[X] SGEs: Estimated to work no more than 130 days in 365 day period

**Program Office will compensate the individual by:**
hourly $ _____ /hour (enter hourly rate)
daily $ _____ /daily (enter daily rate)
The individual has waived pay [X]

## SERVICES TO BE PERFORMED

Explain duties the employee will perform, the term of appointment being requested (length of time). Please enter requested not-to-exceed (NTE) date: _____

1. Manages projects and studies supporting the Administrator's priorities, including changes in program emphasis as needed. Designs and conducts comprehensive management studies to identify and propose solutions to complex or controversial management problems with far-reaching scope or impact to a broad range of program operations. Conducts projects and studies to evaluate program progress, status and trends in area of specialization against approved missions, schedules, goals, objectives, and measures of performance. Develops detailed plans, goals, and objectives for the long-range implementation and ⊞

Will the employee be assigned a laptop? [X] Yes [ ] No
Will the employee need access to the EPA network or a system? [X] Yes [ ] No
Will the employee need access to Confidential Business Information (CBI), Controlled Unclassified Information (CUI), or other non-public information? [X] Yes [ ] No
Will the employee require unescorted access to an EPA facility? [X] Yes [ ] No
Will the employee be assigned to a sensitive position? [X] Yes [ ] No

*If the answer is "Yes", to any of these questions, EPA may require a background investigation and/or fingerprinting; mandatory trainings; PIV card; or laptop. Please direct any questions to your PMO/RHRO.*

**Special qualifications of the person recommended for appointment.** *(List those which relate specifically to the services to be performed)*

See resume - KB.

# ♻ EPA

### United States Environmental Protection Agency
### Advisory Committee Member, Expert or Consultant Certificate

| Employee Name: | EPA 1 | Email: | (b) (6) | Phone: | (b) (6) |
|---|---|---|---|---|---|

## SUPERVISOR CERTIFICATION CHECKLIST

I certify that in approving the appointment of this advisory committee member/expert/consultant, I have considered the requirements of law, relevant decisions of the Comptroller General, and Office of Personnel Management and EPA policies and instructions. More specifically, I have satisfied myself that:

1. The services of the individual are essential for effective program management, and the correct code for hiring is included in the HR system of record: EH - Advisory Committee Member (5 U.S.C 3109); ED - Expert (5 U.S.C 3109); EF - Consultant (U.S.C 3109).

2. The employee will perform the duties under the appropriate hiring authority as a: *(check one)*

   ☐ **Advisory Committee Member (Member/Advisor):** an employee appointed under 5 USC 3109 to serve as a member of an advisory committee established under the Federal Advisory Committee Act (FACA). FACA committees are located throughout EPA's headquarters and regional offices and provide advice and recommendations to the EPA Administrator and other senior leaders. Committee members include scientists, public health officials, businesses, citizens, communities, and representatives of all levels of government.

   ☒ **Expert:** an employee appointed under 5 USC 3109 to serve as an expert.  An expert requires a high level of expertise not available in the regular workforce.

   ☐ **Consultant:** an employee appointed under 5 USC 3109 to serve as a consultant. A consultant has expertise in a particular field and who serves an agency solely in an advisory capacity but does not actually perform or supervise agency operations. A consultant primarily provides views or opinions on problems or questions presented by the Agency, but neither performs nor supervises performance of operating functions.

3. I verify the CV and/or Resume is included or has been submitted  ☒ *(Click box to verify).* I also understand that experts, consultants, and advisory committee members are paid at least the minimum rate of GS-13, and up to the basic rate of GS-15 step 10. I will direct any compensation-related questions to the HR Office. I also understand that SGEs should not work more than 130 days in any 365-day period, are subject to day counting and that any portion of a day worked counts as a full day.

4. As the hiring supervisor/certifying officer, I understand that if the employee requires unescorted access or entry to the building, or issuance of a PIV card or laptop, then a background investigation/fingerprints,  mandatory trainings, may be required prior to issuance of a PIV card, laptop, and access to EPA systems.  I will ensure that procedures are followed and consult with PMO/RHRO as necessary.

## TO BE COMPLETED BY OFFICIALS MAKING CERTIFICATION

| Certifying Official Authorized to Obtain the Advisory Committee Member's, Expert's, Consultant's Services | | Date |
|---|---|---|
| **Name** Wesley Carpenter   **Title** Deputy Chief of Staff for Management | | 02/18/2025 |
| **Signature** Carpenter, Wesley   Digitally signed by Carpenter, Wesley Date: 2025.02.18 06:29:39 -05'00' | | |

| Servicing Human Resources Officer *(or designee)* | | Date |
|---|---|---|
| **Name** Kyle Barja   **Title** Supervisor, ExSB | | 02/18/2025 |
| **Signature** KYLE BARJA   Digitally signed by KYLE BARJA Date: 2025.02.18 16:30:53 -05'00' | | |

EPA 6

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| EPA 1 | (b) (6) | (b) (6) | 02/18/2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code **171** | 5–B. Nature of Action **EXC APPT NTE 02-17-26** | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code **H2L** | 5–D. Legal Authority **REG 304.103** | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | **EXPERT** |
| | **A0000000    E030100** |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan **ED** | 17. Occ. Code **0301** | 18. Grade or Level **00** | 19. Step or Rate **00** | 20. Total Salary/Award **$0.00** | 21. Pay Basis **WC** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay **$0.00** | 20B. Locality Adj. **$0.00** | 20C. Adj. Basic Pay **$0.00** | 20D. Other Pay **$0.00** | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | **EP00 ENVIRONMENTAL PROTECTION AGENCY** **OFFICE OF THE ADMINISTRATOR** |
| | **WASHINGTON,DC** |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| (b) (6)  1 – None    3 – 10-Point/Disability    5 – 10-Point/Other<br>2 – 5-Point    4 – 10-Point/Compensable    6 – 10-Point/Compensable/30% | **0**  0 – None    2 – Conditional<br>1 – Permanent    3 – Indefinite | | (b) (6) |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| (b) (6) | **9**    **NOT APPLICABLE** | **0** |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per |
|---|---|---|---|
| (b) (6) | (b) (6) | **F**    **FULL-TIME** | Biweekly Pay Period |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| **2**  1 – Competitive Service    3 – SES General<br>2 – Excepted Service    4 – SES Career Reserved | **E**  E – Exempt<br>N – Nonexempt | | **8888** |

| 38. Duty Station Code **11-0010-001** | 39. Duty Station (City – County – State or Overseas Location) **WASHINGTON,DISTRICT OF COLUMBIA** |
|---|---|

| 40. Agency Data **FUNC CLS 00** | 41. (b) (6) | 42. **EDUC LVL 21** | 43. **SUPV STAT 8** | 44. **POSITION SENSITIVITY NCS/HIGH RISK** |
|---|---|---|---|---|

**45. Remarks**

APPOINTMENT AFFIDAVIT EXECUTED 02-18-25.

(b) (6)

REASON FOR TEMPORARY APPOINTMENT TO SERVE ON EPA'S DOGE TEAM.
OPF MAINTAINED BY US EPA, OMS/OHCO, 1200 PENNSYLVANIA AVE NW,
WJC BLDG NORTH, MAIL CODE 1448K, WASHINGTON, DC 20460
YOU ARE SUBJECT TO REGULATIONS GOVERNING CONDUCT AND RESPONSIBILITIES OF SPECIAL GOVERNMENT EMPLOYEES.

(b) (6)

EMPLOYMENT UNDER THIS APPOINTMENT MUST NOT EXCEED 130 WORKING DAYS A YEAR.

(b) (6)

| 46. Employing Department or Agency **EP - ENVIRONMENTAL PROTECTIO** | 50. Signature/Authentication and Title of Approving Official **250613242 / ELECTRONICALLY SIGNED BY:** |
|---|---|
| 47. Agency Code **EP00** | 48. Personnel Office ID **3216** | 49. Approval Date **02/17/2025** | **RYAN ATKINSON** **DIRECTOR, EESD** |

| 5–Part 50–316 | 2 - OPF Copy - Long-Term Record - DO NOT DESTROY | Editions Prior to 7/91 Are Not Usable After 6/30/93<br>NSN 7540–01–333–6238 |
|---|---|---|

EPA 7

# APPOINTMENT AFFIDAVITS

EXPERT
*(Position to which Appointed)*

02/18/2025
*(Date Appointed)*

EP
*(Department or Agency)*

00
*(Bureau or Division)*

OFC OF ADMINISTRATOR
*(Place of Employment)*

I, **EPA 1** , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**EPA 1**
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 18 day of February , 2 025

at Washington
*(City)*

DC
*(State)*

Electronically signed by BENJAMIN SIEGEL (HR SPECIALIST)
*(Signature of Officer)*

(SEAL)

Commission expires_____
*(If by a Notary Public, the date of his/her Commission should be shown)*

HR Specialist
*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable
EODEPA8 DOI IBC WTTS/EODS
**EPA 8**

**≎EPA**  United States Environmental Protection Agency
**Advisory Committee Member, Other SGE, Expert or Consultant Certificate**

| | |
|---|---|
| **Name of person to be hired** (Last, First, Middle Initial) | **Ethics Review Completed:** [X] Yes [ ] No |
| Last EPA 2    First EPA 2    M ___ | **Person will be Special Government Employee:** [✓] Yes [ ] No |
| **Phone:** _____ | Person has submitted EPA Form 3110-48, Confidential Financial Disclosure Form for Special Government Employees, that the Deputy Ethics Official has certified. |
| **E-mail:** (b) (6) | **DEO Name** Justina Fugh, ADAEO   **DEO Initials** JF |
| | Date of certification: 02/13/2021 |

| | |
|---|---|
| **Mailing Address** | **Nature** of Appointment (check the appropriate box) |
| Street (b) (6) | [X] Initial (New)    [ ] Extension |
| City, State, Zip (b) (6) | **Employee Work Schedule** (check appropriate box) |
| | [ ] Intermitttent (work schedule fluctuates) |
| | [X] Regular Tour of Duty NTE 1 Yr (regular work schedule) |
| | [X] SGEs: Estimated to work no more than 130 days in 365 day period |
| **Organization** (Office of the EPA official responsible for utilizing the services of the advisory committee member, expert, or consultant) | **Program Office will compensate the individual by:** |
| Office of the Administrator | hourly $      /hour (enter hourly rate) |
| | daily  $      /daily (enter daily rate) |
| | The individual has waived pay [X] |

**SERVICES TO BE PERFORMED**

Explain duties the employee will perform, the term of appointment being requested (length of time). Please enter requested not-to-exceed (NTE) date: _____

1.  Manages projects and studies supporting the Administrator's priorities, including changes in program emphasis as needed. Designs and conducts comprehensive management studies to identify and propose solutions to complex or controversial management problems with far-reaching scope or impact to a broad range of program operations. Conducts projects and studies to evaluate program progress, status and trends in area of specialization against approved missions, schedules, goals, objectives, and measures of performance. Develops detailed plans, goals, and objectives for the long-range implementation and ▪

| | |
|---|---|
| Will the employee be assigned a laptop? | [X] Yes [ ] No |
| Will the employee need access to the EPA network or a system? | [X] Yes [ ] No |
| Will the employee need access to Confidential Business Information (CBI), Controlled Unclassified Information (CUI), or other non-public information? | [X] Yes [ ] No |
| Will the employee require unescorted access to an EPA facility? | [X] Yes [ ] No |
| Will the employee be assigned to a sensitive position? | [X] Yes [ ] No |

*If the answer is "Yes", to any of these questions, EPA may require a background investigation and/or fingerprinting; mandatory trainings; PIV card; or laptop. Please direct any questions to your PMO/RHRO.*

Special qualifications of the person recommended for appointment. (List those which relate specifically to the services to be performed)

See resume - KB

**≎EPA**  United States Environmental Protection Agency
**Advisory Committee Member, Expert or Consultant Certificate**

| Employee Name: EPA 2 | Email: (b) (6) | Phone: |

### SUPERVISOR CERTIFICATION CHECKLIST

I certify that in approving the appointment of this advisory committee member/expert/consultant, I have considered the requirements of law, relevant decisions of the Comptroller General, and Office of Personnel Management and EPA policies and instructions. More specifically, I have satisfied myself that:

1. The services of the individual are essential for effective program management, and the correct code for hiring is included in the HR system of record: EH - Advisory Committee Member (5 U.S.C 3109); ED - Expert (5 U.S.C 3109); EF - Consultant (U.S.C 3109).

2. The employee will perform the duties under the appropriate hiring authority as a: *(check one)*

   ☐ **Advisory Committee Member (Member/Advisor)**: an employee appointed under 5 USC 3109 to serve as a member of an advisory committee established under the Federal Advisory Committee Act (FACA). FACA committees are located throughout EPA's headquarters and regional offices and provide advice and recommendations to the EPA Administrator and other senior leaders. Committee members include scientists, public health officials, businesses, citizens, communities, and representatives of all levels of government.

   ☒ **Expert**: an employee appointed under 5 USC 3109 to serve as an expert. An expert requires a high level of expertise not available in the regular workforce.

   ☐ **Consultant**: an employee appointed under 5 USC 3109 to serve as a consultant. A consultant has expertise in a particular field and who serves an agency solely in an advisory capacity but does not actually perform or supervise agency operations. A consultant primarily provides views or opinions on problems or questions presented by the Agency, but neither performs nor supervises performance of operating functions.

3. I verify the CV and/or Resume is included or has been submitted ☒ *(Click box to verify)*. I also understand that experts, consultants, and advisory committee members are paid at least the minimum rate of GS-13, and up to the basic rate of GS-15 step 10. I will direct any compensation-related questions to the HR Office. I also understand that SGEs should not work more than 130 days in any 365-day period, are subject to day counting and that any portion of a day worked counts as a full day.

4. As the hiring supervisor/certifying officer, I understand that if the employee requires unescorted access or entry to the building, or issuance of a PIV card or laptop, then a background investigation/fingerprints, mandatory trainings, may be required prior to issuance of a PIV card, laptop, and access to EPA systems. I will ensure that procedures are followed and consult with PMO/RHRO as necessary.

### TO BE COMPLETED BY OFFICIALS MAKING CERTIFICATION

Certifying Official Authorized to Obtain the Advisory Committee Member's, Expert's, Consultant's Services | Date

*Name* Wesley Carpenter    *Title* Deputy Chief of Staff for Management    02/13/2025

*Signature* Carpenter, Wesley  Digitally signed by Carpenter, Wesley  Date: 2025.02.13 11:06:08 -05'00'

Servicing Human Resources Officer *(or designee)* | Date

*Name* Kyle Barja    *Title* Supervisor, ExSB

*Signature* KYLE BARJA  Digitally signed by KYLE BARJA  Date: 2025.02.13 13:29:24 -05'00'

EPA 10

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| EPA 2 | (b) (6) | (b) (6) | 02/18/2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code 171 | 5–B. Nature of Action EXC APPT NTE 02-17-26 | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code H2L | 5–D. Legal Authority REG 304.103 | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | EXPERT A0000000    E030100 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ED | 0301 | 00 | 00 | $0.00 | WC |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $0.00 | $0.00 | $0.00 | $0.00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | EP00 ENVIRONMENTAL PROTECTION AGENCY OFFICE OF THE ADMINISTRATOR WASHINGTON,DC |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| (b) (6)  1 – None  3 – 10-Point/Disability  5 – 10-Point/Other  2 – 5-Point  4 – 10-Point/Compensable  6 – 10-Point/Compensable/30% | 0  0 – None  2 – Conditional  1 – Permanent  3 – Indefinite | | (b) (6) |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| (b) (6) | 9    NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| (b) (6) | (b) (6) | F    FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1 – Competitive Service  3 – SES General  2 – Excepted Service  4 – SES Career Reserved | E  E – Exempt  N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON,DISTRICT OF COLUMBIA |

| 40. Agency Data FUNC CLS 00 | 41. (b) (6) | 42. EDUC LVL 13 | 43. SUPV STAT 8 | 44. POSITION SENSITIVITY NCS/HIGH RISK |
|---|---|---|---|---|

| 45. Remarks |
|---|
| APPOINTMENT AFFIDAVIT EXECUTED 02-12-25. |
| (b) (6) |
| REASON FOR TEMPORARY APPOINTMENT SERVING ON EPA'S DOGE TEAM OPF MAINTAINED BY US EPA, OMS/OHCO, 1200 PENNSYLVANIA AVE NW, WJC BLDG NORTH, MAIL CODE 1448K, WASHINGTON, DC 20460 YOU ARE SUBJECT TO REGULATIONS GOVERNING CONDUCT AND RESPONSIBILITIES OF SPECIAL GOVERNMENT EMPLOYEES. |
| (b) (6) |
| EMPLOYMENT UNDER THIS APPOINTMENT MUST NOT EXCEED 130 WORKING DAYS A YEAR. |
| (b) (6) |

| 46. Employing Department or Agency EP - ENVIRONMENTAL PROTECTIO | 50. Signature/Authentication and Title of Approving Official 250588551 / ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code EP00 | 48. Personnel Office ID 3216 | 49. Approval Date 02/17/2025 | RYAN ATKINSON DIRECTOR, EESD |

EPA 11

# APPOINTMENT AFFIDAVITS

EXPERT
*(Position to which Appointed)*

02/18/2025
*(Date Appointed)*

EP
*(Department or Agency)*

00
*(Bureau or Division)*

OFC OF ADMINISTRATOR
*(Place of Employment)*

I, **EPA 2** _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.

## B.  AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C.  AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**EPA 2**
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 13 day of  February _____ , 2 025

at  Washington _____      DC _____
       *(City)*                              *(State)*

Electronically signed by BENJAMIN SIEGEL (HR SPECIALIST)
*(Signature of Officer)*

(SEAL)

Commission expires_____
*(If by a Notary Public, the date of his/her Commission should be shown)*

HR Specialist
*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable
EPA 12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiff,*

v.

U.S. DEPARTMENT OF THE INTERIOR, *et al.,*

*Defendants.*

Case No. 1:25-cv-00612-RDM

## CERTIFICATION OF ADMINISTRATIVE RECORD ON BEHALF OF U.S. DEPARTMENT OF INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, BUREAU OF OCEAN ENERGY MANAGEMENT, U.S. FISH AND WILDLIFE SERVICE, AND NATIONAL PARK SERVICE[1]

I, Laura Keehner Rigas, am the White House Liaison at the U.S. Department of the Interior. I am familiar with the claims asserted against the Defendants in the above-captioned action, and I submit this certification in compliance with Local Rule 7(n) and the Court's May 2, 2025 Minute Order.

On January 20, 2025, President Trump issued Executive Order 14,158. Among other things, Executive Order 14,158 directed agency heads across the Executive Branch to establish within their respective agencies a DOGE Team made up of employees who are either hired or assigned to work within each agency to implement the President's DOGE Agenda, by modernizing Federal technology and software to maximize governmental efficiency and productivity. *See* 90 Fed. Reg. 8441, §§ 1, 3(c). I hereby certify that, as of the date of Plaintiff's amended complaint,

---

[1] Defendants submit this administrative record pursuant to the Court's May 2, 2025 Minute Order. Defendants maintain, however, that no advisory committee has been established under the Federal Advisory Committee Act for the reasons discussed in Defendants' motion to dismiss.

April 1, 2025, the U.S. Department of the Interior had two employees directly hired by Interior and one detailee from the U.S. DOGE Service working to fulfill relevant responsibilities identified in Executive Order 14,158. One of the two employees hired directly by Interior is a Special Government Employee. Employment documentation for these officials is attached hereto.

There are no DOGE Teams or DOGE Team members working in the U.S. Bureau of Land Management, the Bureau of Ocean Energy Management, the U.S. Fish and Wildlife Service, or the National Park Service. The officials described above work within the U.S. Department of the Interior's Office of the Secretary.

There are no non-deliberative memoranda or other non-deliberative documents, besides Executive Order 14,158, that establish a DOGE Team at Interior.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Laura Keehner Rigas,
White House Liaison,
U.S. Department of the Interior

5/27/25
Date

2

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| DOI 1 | | | 02/11/2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 170 | 5-B. Nature of Action EXC APPT | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code ZLM | 5-D. Legal Authority 5 U.S.C. 3109 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | ADVISOR TO THE SECRETARY FOR DOGE |
| | 10000000   XXX0000 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | EF | 0301 | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | IN01 SECRETARY'S IMMEDIATE OFFICE |
| | WASHINGTON,DC |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — None   3 — 10-Point/Disability   5 — 10-Point/Other<br>2 — 5-Point   4 — 10-Point/Compensable   6 — 10-Point/Compensable/30%<br>**1** | 0 — None   2 — Conditional<br>1 — Permanent   3 — Indefinite<br>**3** | | YES   **X**   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0   EMPLOYEE IN A POSITION EXCLUDED FROM FEGLI COVERAG | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 2   FICA | 01/28/2010 | I   INTERMITTENT | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 – Competitive Service   3 – SES General<br>2 – Excepted Service   4 – SES Career Reserved<br>**2** | E   K – Exempt<br>N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0000-001 | DISTRICT OF COLUMBIA COUNTY, DC |

| 40. Agency Data FUNC CLS 00 | 41. VET STAT X | 42. EDUC LVL 17 | 43. SUPV STAT 8 | 44. POSITION SENSITIVITY HIGH RISK |
|---|---|---|---|---|

| 45. Remarks |
|---|
| APPOINTMENT AFFIDAVIT EXECUTED 02-11-25.<br>CREDITABLE MILITARY SERVICE: NONE<br>PREVIOUS RETIREMENT COVERAGE: NEVER COVERED<br>EMPLOYEE DUTY STATION IS IN REGION 01 - NORTH ATLANTIC - APPALACHIAN<br>INELIGIBLE FOR HEALTH BENEFITS.<br>INELIGIBLE FOR LEAVE.<br>YOU ARE SUBJECT TO REGULATIONS GOVERNING CONDUCT AND RESPONSIBILITIES OF SPECIAL GOVERNMENT EMPLOYEES. |

| 46. Employing Department or Agency IN - OFC OF THE SECRETARY | 50. Signature/Authentication and Title of Approving Official 250587842 / ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code IN01 | 48. Personnel Office ID 4342 | 49. Approval Date 02/11/2025 | ERICA J. WILLIAMS HUMAN RESOURCES SPECIALIST |

| 5-Part 50-316 | 2 - OPF Copy - Long-Term Record - DO NOT DESTROY | Editions Prior to 7/91 Are Not Usable After 6/30/93 NSN 7540-01-333-6238 |
|---|---|---|

DOI 001

# APPOINTMENT AFFIDAVITS

Advisor to the Secretary for DOGE

(Position to which Appointed)

02/11/2025

(Date Appointed)

Department of the Interior

(Department or Agency)

Office of the Secretary

(Bureau or Division)

Washington, DC, United States

(Place of Employment)

I, **DOI 1** , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

Electronically Signed by **DOI 1**

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this _11_ day of __February__ , __2025__

at _Washington_
(City)

District of Columbia
(State)

Electronically Signed by Ashley Hennon

(SEAL)

(Signature of Officer)

Commission expires _____

(If by a Notary Public, the date of his/her Commission should be shown)

(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

EOD:IN01 USA Staffing

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

DOI 002

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| DOI 2 | | ▮▮▮ | ▮▮▮ | 01/23/2025 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code **190** | 5-B. Nature of Action **PROVISIONAL APPT NTE 05-22-25** | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code **Y9K** | 5-D. Legal Authority **SCH C, 213.3302(A)** | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number **SENIOR ADVISOR TO THE SECRETARY**  10000000  IGS1677 |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan **GS** | 17. Occ. Code **0301** | 18. Grade or Level ▮ | 19. Step or Rate ▮ | 20. Total Salary/Award ▮ | 21. Pay Basis ▮ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay | | 12B. Locality Adj. | 12C. Adj. Basic Pay | | 12D. Other Pay | 20A. Basic Pay ▮ | | 20B. Locality Adj. ▮ | 20C. Adj. Basic Pay ▮ | | 20D. Other Pay ▮ |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization **IN01 SECRETARY'S IMMEDIATE OFFICE**  **WASHINGTON,DC** |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| **1** — 1 – None  3 – 10-Point/Disability  5 – 10-Point/Other  2 – 5-Point  4 – 10-Point/Compensable  6 – 10-Point/Compensable/30% | **0** — 0 – None  2 – Conditional  1 – Permanent  3 – Indefinite | | YES **X**  NO |

| 27. FEGLI **C0  BASIC ONLY** | 28. Annuitant Indicator **9  NOT APPLICABLE** | 29. Pay Rate Determinant **0** |
|---|---|---|

| 30. Retirement Plan **KF  FERS-FRAE & FICA** | 31. Service Comp. Date (Leave) **01/23/2025** | 32. Work Schedule **F  FULL-TIME** | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| **2** — 1 – Competitive Service  3 – SES General  2 – Excepted Service  4 – SES Career Reserved | **E** — E – Exempt  N – Nonexempt | | **8888** |

| 38. Duty Station Code **11-0010-001** | 39. Duty Station (City – County – State or Overseas Location) **WASHINGTON,DISTRICT OF COLUMBIA** |
|---|---|

| 40. Agency Data **FUNC CLS 00** | 41. **VET STAT X** | 42. | 43. **SUPV STAT 8** | 44. **POSITION SENSITIVITY HIGH RISK** |
|---|---|---|---|---|
| | | **EDUC LVL 13** | | |

### 45. Remarks

APPOINTMENT IS ON A PROVISIONAL BASIS.  YOU ARE ELIGIBLE FOR RETIREMENT COVERAGE AND FOR HEALTH BENEFITS
AND LIFE INSURANCE.  IF YOUR PERFORMANCE IS SATISFACTORY, AND YOU MEET ALL LEGAL QUALIFICATIONS, AND
OTHER APPLICABLE REQUIREMENTS, YOU MAY BE CONVERTED TO A NONTEMPORARY APPOINTMENT BEFORE THIS
APPOINTMENT EXPIRES.
APPOINTMENT AFFIDAVIT EXECUTED 01/23/25.
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
EMPLOYEE DUTY STATION IS IN REGION 01 – NORTH ATLANTIC – APPALACHIAN
FROZEN SERVICE NONE
ELIGIBLE TO ELECT HEALTH BENEFITS COVERAGE WITHIN 60 DAYS OF THE EFFECTIVE DATE OF THIS PERSONNEL
ACTION.  AN ELECTION MUST BE MADE EVEN IF IT'S TO DECLINE HEALTH BENEFITS COVERAGE.  IF YOU DON'T MAKE
AN ELECTION, YOU ARE CONSIDERED TO HAVE DECLINED COVERAGE.
POSITION IS AT THE FULL PERFORMANCE LEVEL OR BAND.
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE OR FERS-FRAE.

| 46. Employing Department or Agency **IN - OFC OF THE SECRETARY** | 50. Signature/Authentication and Title of Approving Official **250389937 / ELECTRONICALLY SIGNED BY:**  **GARY P. HARDAWAY**  **HUMAN RESOURCES SPECIALIST** |
|---|---|
| 47. Agency Code **IN01** | 48. Personnel Office ID **4342** | 49. Approval Date **01/23/2025** | |

DOI 003

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| DOI 2 | | | | 03/23/2025 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code **570** | 5-B. Nature of Action **CONV TO EXC APPT** | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code **Y7M** | 5-D. Legal Authority **SCH C, 213.3312** | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number <br> SENIOR ADVISOR TO THE SECRETARY <br><br> 10000000   IGS1677 | 15. TO: Position Title and Number <br> SENIOR ADVISOR TO THE SECRETARY <br> FOR DOGE <br> 10000000   IGS1700 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | | | | | GS | 0301 | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 14. Name and Location of Position's Organization <br> IN01 SECRETARY'S IMMEDIATE OFFICE <br><br><br> WASHINGTON,DC | 22. Name and Location of Position's Organization <br> IN01 SECRETARY'S IMMEDIATE OFFICE <br><br><br> WASHINGTON,DC |

## EMPLOYEE DATA

| 23. Veterans Preference <br> 1   1 – None   3 – 10–Point/Disability   5 – 10–Point/Other <br>     2 – 5–Point   4 – 10–Point/Compensable   6 – 10–Point/Compensable/30% | | 24. Tenure <br> 3   0 – None    2 – Conditional <br>     1 – Permanent   3 – Indefinite | 25. Agency Use | 26. Veterans Preference for RIF <br> YES   X   NO |
|---|---|---|---|---|
| 27. FEGLI <br> E3   BASIC + FAMILY(3X) | | 28. Annuitant Indicator <br> 9   NOT APPLICABLE | | 29. Pay Rate Determinant <br> 0 |
| 30. Retirement Plan <br> KF   FERS-FRAE & FICA | 31. Service Comp. Date (Leave) <br> 01/23/2025 | 32. Work Schedule <br> F   FULL-TIME | | 33. Part–Time Hours Per <br> Biweekly <br> Pay Period |

## POSITION DATA

| 34. Position Occupied <br> 2   1 – Competitive Service   3 – SES General <br>     2 – Excepted Service   4 – SES Career Reserved | 35. FLSA Category <br> E   E – Exempt <br>     N – Nonexempt | 36. Appropriation Code | 37. Bargaining Unit Status <br> 8888 |
|---|---|---|---|
| 38. Duty Station Code <br> 11-0010-001 | 39. Duty Station (City – County – State or Overseas Location) <br> WASHINGTON,DISTRICT OF COLUMBIA | | |

| 40. Agency Data <br> FUNC CLS 00 | 41. <br> VET STAT X | 42. <br> EDUC LVL 13 | 43. <br> SUPV STAT 8 | 44. <br> POSITION SENSITIVITY HIGH RISK |
|---|---|---|---|---|

**45. Remarks**

```
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE: PREVIOUSLY COVERED
EMPLOYEE DUTY STATION IS IN REGION 01 - NORTH ATLANTIC - APPALACHIAN
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE OR FERS-FRAE.
POSITION IS AT THE FULL PERFORMANCE LEVEL OR BAND.
FROZEN SERVICE NONE
```

| 46. Employing Department or Agency <br> IN - OFC OF THE SECRETARY | 50. Signature/Authentication and Title of Approving Official <br> 250962923 / ELECTRONICALLY SIGNED BY: <br><br> GARY P. HARDAWAY <br> HUMAN RESOURCES SPECIALIST |
|---|---|
| 47. Agency Code <br> IN01 | 48. Personnel Office ID <br> 4342 | 49. Approval Date <br> 03/14/2025 | |

5–Part 50–316      **2 - OPF Copy - Long-Term Record - DO NOT DESTROY**      Editions Prior to 7/91 Are Not Usable After 6/30/93 <br> NSN 7540–01–333–6238

**DOI 004**

# APPOINTMENT AFFIDAVITS

Senior Advisor to the Secretary

01/23/2025

(Position to which Appointed)

(Date Appointed)

Department of the Interior

Office of the Secretary

Washington, DC, United States

(Department or Agency)

(Bureau or Division)

(Place of Employment)

I, **DOI 2** , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

Electronically Signed by **DOI 2**

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this _23_ day of ___January___ , 2025

at _Washington_

(City)

District of Columbia

(State)

Electronically Signed by Ashley Hennon

(SEAL)

(Signature of Officer)

Commission expires _____

(If by a Notary Public, the date of his/her Commission should be shown)

(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

EOD:IN01  USA Staffing



# United States Department of the Interior

### OFFICE OF THE SECRETARY
### WASHINGTON, D.C. 20240

## MEMORANDUM OF UNDERSTANDING BETWEEN

### PERMANENT OFFICE

### AND

### Immediate Office of the Secretary

### REGARDING

### Stephanie M. Holmes

## I.    INTRODUCTION

The **Office of the Secretary** hereby enters into an understanding regarding the temporary reimbursable detail assignment (Detail Assignment) for DOI 3 as Senior Advisor to the Assistant Secretary – Policy, Management and Budget (Detailee) employed by the White House.  The Detail Assignment will be conducted on a reimbursable basis.

## II.    PURPOSE

This document constitutes an agreement between the Permanent Office and the Detail Office.  The purpose of this Memorandum of Understanding (MOU) is to provide for the assigning, tracking, and accounting of personnel on a Detail Assignment and to set forth the roles and responsibilities of the Permanent Office, the Detail Office, and the Detailee.

## III.    GENERAL INFORMATION

**A.** The Detailee has accepted a Detail Assignment in the **Immediate Office of the Secretary**.  The supervisor for the Detailee during the Detail Assignment will be **[Charles Dankert ]**.

**B.** The start date of Detail Assignment will be **2/20/2025**

**C.** The end date of the Detail Assignment will be not to exceed 6 months 8/18/2025.

NOTE: The length of the temporary Detail Assignment at the Detail Office generally should not exceed 120 days and may be renewed upon the written consent of the parties. In order to qualify for a Detail Assignment, it must be at least 4 continuous months in duration.

**D.** This Detail Assignment **is not to exceed 6 months** upon the written mutual consent of the Permanent Office and the Detail Office. The duration of the Detail Assignment at the Detail Office, however, should not exceed 6 months.

**E.** The Detailee will remain on the rolls of her Permanent Office in her permanent position of record during the Detail Assignment. The Permanent Office retains the right to effect such personnel actions as necessary and required in accordance with its personnel management policies. Notwithstanding, while performing work at the Detail Office, the Detailee will report to and be subject to the supervision of the Detail Office.

**F.** Position title of record for the Detailee is Senior Advisor.

**G.** The Grade/Band of the Detailee is: ▓▓

**H.** The sensitivity level for this position is: **Confidential – High Risk.**


## IV.    RESPONSIBILITIES OF THE PARTIES

### A. Time and Attendance.

The Detailee's time and attendance will be maintained by the Detail Office and the Permanent Office. The Detail Office timekeeper will report the Detailee's time and attendance to a contact identified in section VIII of this MOU, on a biweekly basis and will advise the Permanent Office by close of business on Thursday of the second week of every pay period of the hours worked and type and amount of any leave used during that period.


### B. Detailee's Performance Evaluation.

Upon the request by the Permanent Office, using the performance plan issued to the Detailee, the Detail Office will provide in writing a descriptive evaluation of the Detailee's performance and submit it to the Permanent Office within 3 weeks of the end of the detail period and, in any event, no later than October 1 of the calendar year.


**C.** The Detail Office agrees to perform the following responsibilities:

- Provide technical and operational support to the Detailee for all Detail Office activities
- Provide office space and administrative support to the Detailee while assigned to the Detail Office
- Designate the Detailee as or otherwise delegate to the Detailee the duties and authorities of the Chief Human Capital Officer for the Department of the Interior
- **Pay the detailee's salary and benefits during the assignment.**

DOI 007

**D.** The Permanent Office agrees to perform the following additional responsibilities:

- Retain official supervisory responsibilities such as performance evaluation and time and attendance

## V.   TRAVEL AND TRAINING

**A.** All travel and training required by the Detailee at the Detail Office during the assignment will be paid by the Detail Office.

## VI.   CONTACTS

The contacts of each party to this agreement (if applicable) are:

| | Name and Title | Phone Number | E-mail Address |
|---|---|---|---|
| Detailee | DOI 3 | | ██████████████ |
| Permanent Office Supervisor | Amy Gleason, Acting Administrator USDS | | |
| Detail Office Supervisor | Charles Dankert Senior Advisor to the Secretary, exercising the delegated Authority of Assistant Secretary - Policy Management and Budget | | ████████████ |
| Permanent Office Timekeeper | | | |
| Detail Office Timekeeper | | | |
| [Other, as needed] | Michelle Rabuck | | ██████████ |

Page 3 of 5

The parties agree that if there is a change regarding the information in this section, the party making the change will notify the other party in writing of such change within two business days.

## VII.   PERIOD OF AGREEMENT AND MODIFICATION/TERMINATION

This MOU will become effective when signed by all parties. The MOU will terminate not later than 6 months from the start date of this agreement.

**NOTE:** The duration of the Detail Assignment may be amended at any time by the mutual written consent of the parties. Any party may terminate this MOU by providing 30 days' prior written notice to the other party.

Modification of this MOU will be achieved by executing a separate, subsequent agreed upon written document containing either amendments (changing or eliminating existing provisions) or addenda (adding new provisions).

## VIII.   OBLIGATIONS AND EXPENDITURES

Nothing in this MOU requires the parties to obligate or expend appropriated funds.

## IX.   THIRD PARTY RIGHTS

This MOU shall not be construed to provide a private right or cause of action for or by any person or entity.

## X.   OTHER PROVISIONS

Should disagreement arise on the interpretation of the provisions of this MOU, or any amendments thereto, that cannot be resolved at the operating level, the area(s) of disagreement shall be stated in writing by each party and presented to the other party for consideration. If agreement on interpretation is not reached within thirty days, the parties shall forward the written presentation of the disagreement to respective higher officials for appropriate resolution.

The Detailee will:

- Not knowingly take any actions that undermine the Detail Office's responsibilities under governing statutes, regulations, or directives, including but not limited to FISMA, FITARA, the Privacy Act, the Federal Acquisition Regulation, and the Trade Secrets Act.
- Not knowingly take any measures that create cybersecurity risks to the Detail Office's systems.
- Not knowingly access the Detail Office's systems in a manner that fails to comply with all relevant federal, security, ethics, and confidentiality laws, regulations, and policies, including Detail Office records management and information security requirements.
- Not access, or attempt to access, classified information without proper security clearance.
- Access Detail Office data, information, and systems for only legitimate purposes, including but not limited to IT modernization, the facilitation of the Detail Office's operations, and the improvement of Government efficiency.

DOI 009

- Comply with the requirements of the Privacy Act for information that the Detail Office collects on individuals, including, if necessary, publishing or amending Systems of Records Notices to adequately account for the information it collects.
- Destroy or erase copied Detail Office data or information when no longer needed for official purposes.
- To the greatest extent possible, use the program agency system documentation to understand how to use the data and information which is being accessed.

## XI.   SIGNATURES

**Amy Gleason**
**Acting Administrator, DOGE**
**White House**



2/19/2025

Signature

**Charles Dankert**
**Senior Advisor to the Secretary, exercising the delegated**
**Authority of Assistant Secretary –**
**Policy Management and Budget**



CHARLES DANKERT
Digitally signed by CHARLES DANKERT
Date: 2025.02.19 21:58:35 -05'00'

Signature

**Laura Rigas**
**White House Liaison**
**Office of the Secretary**



Signature     2/20/25

DOI 3

**White House**



DOI 3

Signature     2/20/25

Page 5 of 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiff*,

v.

U.S. DEPARTMENT OF INTERIOR, *et al.*,

*Defendants*.

Case No. 1:25-cv-00612-RDM

### CERTIFICATION OF ADMINISTRATIVE RECORD ON BEHALF OF
### U.S. DEPARTMENT OF AGRICULTURE, ANIMAL AND PLANT HEALTH
### INSPECTION SERVICE, AND U.S. FOREST SERVICE[1]

I, Mary Pletcher Rice, am the Acting Principal Deputy Assistant Secretary for Administration. I make this Declaration based on my own personal knowledge, on information contained in the records of USDA, or on information provided to me by USDA employees. I have served in this position since January 31, 2025, and I have been employed at USDA since 2018. I am familiar with the claims asserted against the Defendants in the above-captioned action, and I submit this certification in compliance with Local Rule 7(n) and the Court's May 2, 2025 Minute Order.

On January 20, 2025, President Trump issued Executive Order 14,158. Among other things, Executive Order 14,158 directed agency heads across the Executive Branch to establish within their respective agencies a DOGE Team made up of employees who are either hired or assigned to work within each agency to implement the President's DOGE Agenda, by modernizing

---

[1] Defendants submit this administrative record pursuant to the Court's May 2, 2025 Minute Order. Defendants maintain, however, that no advisory committee has been established under the Federal Advisory Committee Act for the reasons discussed in Defendants' motion to dismiss.

Federal technology and software to maximize governmental efficiency and productivity.  *See* 90 Fed. Reg. 8441, §§ 1, 3(c).  I hereby certify that, as of the date of Plaintiff's amended complaint, April 1, 2025, the DOGE Team at USDA, consisted of three full-time employees hired directly by USDA and two employees detailed from elsewhere in the federal government—one from Office of Personnel Management and one from the U.S. DOGE Service.  Of the three full-time employees hired directly by USDA, one is on a Schedule C appointment, one is on a non-career senior executive appointment, and the final individual was hired as a special government employee.  Employment documentation for the DOGE Team members is attached hereto.

There are no separate DOGE Teams or DOGE Team members working at the Animal and Plant Health Inspection Service or the U.S. Forest Services.  The DOGE Team members described above work for the Office of the Secretary of Agriculture; however, they perform work across the multiple Mission Areas.

There are no non-deliberative memoranda or other non-deliberative documents, besides Executive Order 14,158, that established the DOGE Team at USDA.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

MARY RICE
Digitally signed by MARY RICE
Date: 2025.05.27 15:48:08 -04'00'

Mary Pletcher Rice

# APPOINTMENT AFFIDAVITS

Senior Advisor on Government Efficiency

*(Position to which Appointed)*

02/10/2025

*(Date Appointed)*

USDA

*(Department or Agency)*

OSEC

*(Bureau or Division)*

Washington, DC

*(Place of Employment)*

I, **USDA 1**_____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**USDA 1**

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 10 day of February , 2025

at Washington

*(City)*

DC

*(State)*

*(Signature of Officer)*

(SEAL)

Commission expires_____

*(If by a Notary Public, the date of his/her Commission should be shown)*

*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

USDA 1

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| USDA 1 | ▮▮▮▮ | ▮▮▮▮ | 03/09/2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code 546 | 5–B. Nature of Action CONV TO SES NONCAREER APPT | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code V4L | 5–D. Legal Authority 5 USC 3394(A) NONCAR | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code AWM | 5–F. Legal Authority OPM FORM 1652 | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SR ADV ON GOVERNMENT EFFICIENCY 91528293  463474 | SR TEAM LEADER ON GOVT EFFICIENCY 91531158  463719 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ES | 0301 | 00 | 00 | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | ▮▮▮▮ | .00 | ▮▮▮▮ | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | OFFICE OF THE SECRETARY IMMEDIATE OFFICE<br><br>AG 010100000000000000   PP 05 2025 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  — 1 – None  3 – 10–Point/Disability  5 – 10–Point/Other<br>2 – 5–Point  4 – 10–Point/Compensable  6 – 10–Point/Compensable/30% | 0  — 0 – None  2 – Conditional<br>1 – Permanent  3 – Indefinite | | YES  X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC | 9  NOT APPLICABLE | 0  NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS (FRAE) | 02/09/2025 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 3  — 1 – Competitive Service  3 – SES General<br>2 – Excepted Service  4 – SES Career Reserved | E  — E – Exempt<br>N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON  DIST OF COLUMBIA  DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

```
APPOINTMENT IS INDEFINITE.
VETERAN PREFERENCE IS NOT APPLICABLE TO THE SENIOR EXECUTIVE SERVICE.
PROBATIONARY PERIOD FOR SES POSITION IS NOT REQUIRED.
CREDITABLE MILITARY SERVICE: 00 YRS. 00 MOS.
PREVIOUS RETIREMENT COVERAGE:  "KF" FERS-FRAE
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE OR FERS - FRAE.
EMPLOYEE SUBJECT TO POST-EMPLOYMENT RESTRICTIONS UNDER
18 U.S.C. 207(C).
TENURE AS USED FOR 5 USC 3502 IS NOT APPLICABLE TO THE SENIOR EXECUTIVE
SERVICE.
```

| 46. Employing Department or Agency DEPARTMENT OF AGRICULTURE | 50. Signature/Authentication and Title of Approving Official ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code AG01 | 48. Personnel Office ID 5330 | 49. Approval Date 03/07/2025 | ANITA R. ADKINS<br><br>DIRECTOR, HUMAN RESOURCES |

5–Part 50–316

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

USDA 2

# APPOINTMENT AFFIDAVITS

Advisor on Government Efficiency                                03/17/2025
*(Position to which Appointed)*                                *(Date Appointed)*


USDA                          OCR                    Washington, DC
*(Department or Agency)*      *(Bureau or Division)*    *(Place of Employment)*

I, **USDA 2** _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**USDA 2**
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 24 day of March , 2025

at Washington _____  DC _____
        *(City)*                    *(State)*

(SEAL)                                      *(Signature of Officer)*

Commission expires_____                        _____
(If by a Notary Public, the date of his/her Commission should be shown)          *(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

USDA 3

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| USDA 2 ███ | | ███ | ███ | 03/17/2025 |

### FIRST ACTION

| 5–A. Code | 5–B. Nature of Action |
|---|---|
| 170 | EXC APPT |
| 5–C. Code | 5–D. Legal Authority |
| Y7M | SCH C  213 3313 |
| 5–E. Code | 5–F. Legal Authority |
| | |

### SECOND ACTION

| 6–A. Code | 6–B. Nature of Action |
|---|---|
| | |
| 6–C. Code | 6–D. Legal Authority |
| | |
| 6–E. Code | 6–F. Legal Authority |
| | |

| 7. FROM: Position Title and Number |
|---|
| |

| 15. TO: Position Title and Number |
|---|
| ADV FOR GOVT EFFICIENCY |
| 91530968  463702 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 14 | 01 | ███ | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| ███ | 36,106.00 | ███ | .00 |

| 14. Name and Location of Position's Organization |
|---|
| |

| 22. Name and Location of Position's Organization |
|---|
| OFFICE OF THE SECRETARY |
| IMMEDIATE OFFICE |
| ASST SECY FOR CONG RELS |
| |
| AG 010104000000000000    PP 05 2025 |

### EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1 – None  3 – 10–Point/Disability  5 – 10–Point/Other<br>2 – 5–Point  4 – 10–Point/Compensable  6 – 10–Point/Compensable/30% | 3 | 0 – None  2 – Conditional<br>1 – Permanent  3 – Indefinite | | YES  X  NO |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant | |
|---|---|---|---|---|---|
| C0 | BASIC | 9 | NOT APPLICABLE | 0 | NOT APPLICABLE |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| KF | FERS (FRAE) | 03/17/2025 | F | FULL TIME | |

### POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 2 | 1 – Competitive Service  3 – SES General<br>2 – Excepted Service  4 – SES Career Reserved | E | E = Exempt<br>N = Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON  DIST OF COLUMBIA  DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

| 45. Remarks |
|---|
| ANNUAL LEAVE ACCRUAL WILL BE 4 HOURS UNTIL PRIOR SERVICE IS VERIFIED.<br>APPOINTMENT IS INDEFINITE.<br>APPOINTMENT AFFIDAVIT EXECUTED 03/17/2025.<br>CREDITABLE MILITARY SERVICE: 00 YRS. 00 MOS.<br>PREVIOUS RETIREMENT COVERAGE:  NOT PREVIOUSLY COVERED.<br>EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE OR FERS - FRAE. |

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF AGRICULTURE | ELECTRONICALLY SIGNED BY: |
| | |
| 47. Agency Code  48. Personnel Office ID  49. Approval Date | ANITA R. ADKINS |
| AG01     5330     03/13/2025 | DIRECTOR, HUMAN RESOURCES |

5–Part 50–316

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

**USDA 4**

**Memorandum of Understanding for Detail between
USDS and USDA**

**Non-Reimbursable Detail
Base Agreement**

The United States DOGE Service (USDS) hereby enters into an agreement for the temporary detail of USDA 3 to the United States Department of Agriculture (USDA). This detail shall be made on a non-reimbursable basis in accordance with the provisions set forth herein.

1. PURPOSE

This Memorandum of Understanding (MOU) outlines the agreement for USDA 3 (Detailee) to participate in a non-reimbursable detail to USDA for the purpose of supporting USDA.

2. SCOPE OF WORK/ASSIGNMENT

During the period of the detail, USDA 3 will be detailed from his present position at USDS to a set of duties with USDA.

A. Duties and Responsibilities of the Detailee

The Detailee's duties and responsibilities at USDA will include but not be limited to:

- Provide software engineering, modern architecture and system design, project and team leadership, software delivery, security and site reliability engineering, data engineering, engineering management, and/or executive leadership expertise to champion and deliver modern technology.
- Responsible for a wide range of activities including debugging, software testing, and programming. Quickly adapts and learns by problem-solving within legacy systems and organizational constraints while working collaboratively for rapid prototyping. Assesses the state of current projects in agencies and plans and/or leads interventions where major corrections are required.
- Assists on IT projects including infrastructure, implementing safeguards to prevent fraud, and ensuring the integrity and success of these efforts.
- Champions data strategies and builds interoperability across other agencies as well as internal and external stakeholders.
- Otherwise assist USDA and the government at large with IT modernization, the facilitation of operations, and efficiency.

B. Goals of the Detail Assignment:

The purpose of this role is to provide USDA with experienced IT and related technical assistance by contributing specialized skills across various agency projects. The Detailee, in coordination with the USDA team, will contribute to USDA tasks as assigned.

C. Controls over Work

The Detailee will report to USDA leadership, including the Secretary or her designees, for the duration of this assignment when performing work under this Agreement at USDA facilities or on USDA technology/assets.

## 3. DURATION, EXTENSION, AND TERMINATION OF ASSIGNMENT

A. This assignment is for full-time or part-time work, for up to 120 days, as determined by the USDA Secretary or her designee in their discretion.

B. This agreement may be amended, extended, or terminated by mutual written and signed consent of both parties, with reasonable notice to the Detailee.

C. At the conclusion of the detail, Detailee will return to the position of record with USDS.

D. The work week and hours of duty will be determined by USDA, subject to applicable Federal regulations.

E. The Detailee will continue to accrue annual and sick leave in accordance with USDS's provisions for Attendance and Leave, if applicable. Use of leave will be approved by the USDA supervisor designated for the period of assignment. The USDA supervisor will advise the USDS supervisor of any leave taken by submitting approved time and attendance records on a biweekly basis. USDS will continue to maintain the Detailee's official time and attendance record. The Detailee's supervisor at USDA must sign all submitted time and attendance records.

F. The Detailee's coverage under Federal retirement, group health benefits, life insurance, and Thrift Savings Plan (if applicable) will continue during the period of assignment.

## 5. LEGAL AUTHORITY

The Economy Act, 31 U.S.C. §§ 1535 - 1536 16 HRM 9334.2A

The legal authority for non-reimbursable details arises from decisions of the Comptroller General setting forth exceptions to the general rule that a non-reimbursable detail between Federal agencies constitutes a violation of the Purpose Statute (31 U.S.C. § 1301) by the loaning agency and an improper augmentation of appropriated funds by the gaining agency. Specifically, the Comptroller General recognizes the following two exceptions allowing non-reimbursable details: (1) "where they involve a matter similar or related to matters ordinarily handled by the loaning agency and will aid the loaning agency in accomplishing a purpose for which its appropriations are provided," or (2) details that have a negligible impact on the loaning agency's appropriations. *See* HHS Detail of Office of Community Services Employees, B-211373 (Mar. 20, 1985).

## 6. REIMBURSEMENT PROVISIONS:

Overtime or other Special Charges: Should USDA need the Detailee to work beyond his regular 80-hour biweekly tour of duty, the USDA supervisor must obtain approval from the Detailee's supervisor of record at USDS.

## 7. RULES, REGULATIONS, AND POLICIES:

A. The Detailee is subject to the Federal statutory and regulatory provisions that govern ethical and other standards of conduct, conflicts of interest, suitability, security, and limitations on political activity (18 U.S.C. §§ 203, 205, 208, and 209 and 5 C.F.R. Parts 2635 and 4501); and to any applicable state and local government statutory and regulatory provisions.

B. The Federal Tort Claims Act and any other Federal tort liability statutes shall apply to the Detailee.

C. The rules and policies that govern the internal operation and management of USDA are applicable to the Detailee.

D. Records retention. The Detailee agrees to preserve information worked on for the USDA team in accordance with the Federal Records Act and other applicable agency or federal records laws, rules, or requirements.

E. Unauthorized disclosure of information. The Detailee will not disclose nonpublic information to outside parties without prior approval from USDA. If the Detailee improperly discloses non-public information, the USDS agrees to pursue appropriate steps. These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. These definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

F. The Detailee will not knowingly take any actions that undermine USDA responsibilities under governing statutes, regulations, or directives, including but not limited to FISMA, FITARA, and the Privacy Act.

G. The Detailee will not knowingly take any measures that create cybersecurity risks to USDA systems.

H. The Detailee will not knowingly access USDA systems in a manner that fails to comply with all relevant federal, security, ethics, and confidentiality laws, regulations, and policies, including USDA records management and information security requirements.

I. The Detailee will not access, or attempt to access, classified information without proper security clearance.

J. The Detailee will access USDA data, information, and systems for only legitimate purposes, including but not limited to IT modernization, the facilitation of USDA operations, and the improvement of Government efficiency.

K. The Detailee will comply with the requirements of the Privacy Act for information that USDA collects on individuals, including, if necessary, publishing or amending Systems of Records Notices to adequately account for the information it collects.

L. The Detailee will destroy or erase copied USDA data or information when no longer needed for official purposes in compliance with applicable records laws, rules, and regulations.

M. To the greatest extent possible, the Detailee will use the program agency system documentation to understand how to use the data and information which is being accessed.

N. Should travel be required in the performance of official duties during the detail, the Detailee will be reimbursed in accordance with the Federal Travel Regulations. Any costs associated with travel directed by USDA shall be paid by USDA.

8. SECURITY CLEARANCE:

O. The commencement of the detail is contingent upon the Detailee's successful adjudication and receipt of any necessary security clearances and other pre-employment screening required by USDA. If the Detailee is unable to obtain the required level of access prior to the detail or his access is suspended or revoked for any reason during

the detail, USDA retains the right to immediately terminate the detail. USDS is not obligated to provide a replacement.

## 9. LOCATION OF WORK ASSIGNMENT:

The Detailee's work location shall be determined by the USDA Secretary or her designee.

## 11. SIGNATURES:

AMY GLEASON    Digitally signed by AMY GLEASON
Date: 2025.03.26 10:43:46 -04'00'

Amy Gleason
Acting Administrator
US DOGE Service

3/26/2025

Date

Name
Title  *Chief of Staff*  *Kailee*
US Department of Agriculture  *Bullock*

3/25/2025

Date

Amendment to the Memorandum for Detail between
OPM and USDA

**PURPOSE**

This Addendum supplements the attached Memorandum of Understanding ("Agreement") between the United States Office of Personnel Management and the United States Department of Agriculture (USDA) (the "Parties"), executed on January 29, 2025, to the extent specified herein.   This Addendum memorializes the terms of the Agreement as originally understand by the Parties and shall be effective on February 25, 2025.

**SUPPLEMENTAL TERMS**

The Parties agree to supplement the terms of the Agreement as follows:

1.  USDA 4 (the Detailee) will report to and be supervised by the Secretary of Agriculture or her designees while performing work pursuant to this Agreement on USDA devices and at USDA facilities. The Detailee will comply with all instructions, rules, regulations, and restrictions of the supervising agency.

2.  The Detailee will:
    a.  Not knowingly take any actions that undermine USDA's responsibilities under governing statutes, regulations, or directives, including but not limited to FISMA, FITARA, the Privacy Act, the Federal Acquisition Regulation, and the Trade Secrets Act.
    b.  Not knowingly take any measures that create cybersecurity risks to USDA systems.
    c.  Not knowingly access USDA systems in a manner that fails to comply with all relevant federal, security, ethics, and confidentiality laws, regulations, and policies, including USDA records management and information security requirements.
    d.  Not access, or attempt to access, classified information without proper security clearance.
    e.  Access USDA data, information, and systems for only legitimate purposes, including but not limited to IT modernization, the facilitation of USDA operations, and the improvement of Government efficiency.
    f.  Comply with the requirements of the Privacy Act for information that USDA collects on individuals, including, if necessary, publishing or amending Systems of Records Notices to adequately account for the information it collects.
    g.  Destroy or erase copied USDA data or information when no longer needed for official purposes.
    h.  To the greatest extent possible, use the program agency system documentation to understand how to use the data and information which is being accessed.

**SIGNATURES**

Authorization of this Amendment:

_____    _____2/25/2025_____
David LaCerte                            Date
White House Liaison
Office of Personnel Management

_____    ___2/28/25_____
Dominic Restuccia                      Date
White House Liaison
Office of the Secretary
United States Department of Agriculture

2

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| USDA 5 ███████████████ | ███████████ | ████████ | 03/28/2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code **171** | 5–B. Nature of Action **EXC APPT NTE  03/28/26** | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code **H2L** | 5–D. Legal Authority **REG. 304.103** | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number **SPECIAL ADVISOR** **91531727  463970** |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan **EF** | 17. Occ. Code **0301** | 18. Grade or Level **00** | 19. Step or Rate **00** | 20. Total Salary/Award ██████ | 21. Pay Basis **PA** |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 12A. Basic Pay | 12B. Locality Adj. **.00** | 12C. Adj. Basic Pay | 12D. Other Pay **.00** | 20A. Basic Pay ██████ | 20B. Locality Adj. **.00** | 20C. Adj. Basic Pay ██████ | 20D. Other Pay **.00** |
|---|---|---|---|---|---|---|---|

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization **OFFICE OF THE SECRETARY** **IMMEDIATE OFFICE** **ASST SECY FOR CONG RELS** <br><br> **AG 010104000000000000    PP 06 2025** |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference **1** | 24. Tenure **0** | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|

1 – None          3 – 10–Point/Disability     5 – 10–Point/Other
2 – 5–Point      4 – 10–Point/Compensable   6 – 10–Point/Compensable/30%

24. Tenure: 0 – None   2 – Conditional
1 – Permanent   3 – Indefinite

26. Veterans Preference for RIF:  YES  **X**  NO

| 27. FEGLI **A0**  INELIGIBLE-EXCLUDED BY LAW OR REG | 28. Annuitant Indicator **9**  NOT APPLICABLE | 29. Pay Rate Determinant **0**  NOT APPLICABLE |
|---|---|---|

| 30. Retirement Plan **2**  FICA | 31. Service Comp. Date (Leave) **03/28/2025** | 32. Work Schedule **F**  FULL TIME | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied **2** | 35. FLSA Category **E** | 36. Appropriation Code | 37. Bargaining Unit Status **8888** |
|---|---|---|---|

1 – Competitive Service   3 – SES General
2 – Excepted Service       4 – SES Career Reserved

35. FLSA Category:  E – Exempt   N – Nonexempt

| 38. Duty Station Code **11-0010-001** | 39. Duty Station (City – County – State or Overseas Location) **WASHINGTON   DIST OF COLUMBIA   DC** |
|---|---|

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

**45. Remarks**
```
REASON FOR TEMPORARY APPOINTMENT:
INELIGIBLE FOR LEAVE.
INELIGIBLE FOR HEALTH BENEFITS.
```

| 46. Employing Department or Agency **DEPARTMENT OF AGRICULTURE** | 50. Signature/Authentication and Title of Approving Official **ELECTRONICALLY SIGNED BY:** |
|---|---|
| 47. Agency Code **AG01** | 48. Personnel Office ID **5330** | 49. Approval Date **03/27/2025** | **ANITA R. ADKINS** **DIRECTOR, HUMAN RESOURCES** |

5–Part 50–316

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

**USDA 11**