IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00612-RDM |

## DEFENDANTS' PARTIAL MOTION TO DISMISS

Defendants hereby move under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss with prejudice Count I and Count II of Plaintiff's amended complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. The grounds for dismissal are set forth in the accompanying memorandum in support of Defendants' partial motion to dismiss. A proposed order is also attached.

DATED: May 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

BRADLEY P. HUMPHREYS
Senior Trial Counsel

*/s/ Samuel S. Holt*
SAMUEL S. HOLT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

1

Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on May 27, 2025, I electronically filed the foregoing and attachments and thereby caused a copy to be served on counsel of record.

>  */s/ Samuel S. Holt*
>  SAMUEL S. HOLT