# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, *et al*.<br><br>*Defendants*. | Civil Case No. 1:25-cv-00612-RDM |

## CONSENT MOTION FOR EXTENSION OF TIME

The Parties have conferred regarding the briefing schedule in this matter and hereby request extensions to forthcoming deadlines as set forth below, and make the following statements in support:

On May 27, 2025, Defendants filed a motion to dismiss, ECF No. 27, along with an administrative record, ECF No. 26-2, consistent with the Court May 2, 2025, Minute Order. In that Minute Order, the Court denied without prejudice Plaintiff's Motion for Expedited Discovery as premature and stated that after reviewing Defendants' motion to dismiss and the administrative record, "Plaintiff may, if appropriate, renew its motion for leave to take discovery (or to supplement the administrative record) to the extent necessary to respond to Defendants' motion to dismiss. . . ."

Plaintiff's opposition to the motion to dismiss is due on or before June 17, 2025. Plaintiff intends to file the opposition on that date, along with a renewed motion for expedited discovery. Defendants' reply on the motion to dismiss is currently due on or before June 24, 2025, and their opposition to the renewed motion for expedited discovery would be due July 1, 2025, with

Plaintiff's reply due July 8, 2025. Due to other deadlines and vacations scheduled around the July 4 holiday, the Parties have conferred and ask the Court to approve extensions for Defendants to file their reply on the motion to dismiss and for Plaintiff to file its reply on the renewed motion for expedited discovery, pursuant to the following schedule:

- Motion to Dismiss briefing:
    - Plaintiff's opposition to the motion to dismiss would remain due on or before June 17.
    - Defendants' reply due on or before July 8.
- Briefing for the renewed discovery motion:
    - Plaintiff's renewed discovery motion filed on or before June 17.
    - Defendants' opposition due on or before July 1.
    - Plaintiff's reply due on or before July 15.

The Parties submit that there is good cause for these extension requests.

Respectfully submitted on this 13th day of June 2025.

/s/ Lauren A. Parker
Lauren A. Parker DC Bar No. 1670885
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
lparker@biologicaldiversity.org
(202)-868-1008

Jared Margolis (*pro hac vice*)
Center for Biological Diversity
2852 Willamette St. # 171
Eugene, OR 97405
jmargolis@biologicaldiversity.org
(802) 310-4054

*Attorneys for Plaintiff Center for Biological Diversity*