IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00612-RDM |

**CONSENT MOTION TO EXTEND DEFENDANTS' DEADLINE TO
FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO REDACT**

Defendants respectfully move to extend Defendants' deadline to file their reply in support of their motion to redact by one day—to June 18, 2025. Good cause exists for this request.

On May 27, 2025, Defendants moved to redact certain information from the adminstrative record.[1] ECF 25. On June 10, 2025, Plaintiff filed a timely opposition to that motion. ECF 28. Defendants reply is due today, June 17, 2025. Defendants respectfully request a one-day extension to file their reply due to multiple competing deadlines in other matters and the need for Defendants' counsel to consult with their clients regarding the reply.

Accordingly, Defendants respectfully ask the Court to extend the current deadline to file their reply in support of their motion to redact to June 18, 2025. Counsel for Defendants contacted counsel for Plaintiff regarding this motion, and Plaintiff consented to the requested extension.

---

[1] Defendants submitted the administrative record pursuant to the Court's May 2, 2025 Minute Order. Defendants still maintain that no federal advisory committee has been established under the Federal Advisory Committee Act for the reasons discussed in Defendants' motion to dismiss.

1

| | |
|---|---|
| Dated: June 17, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General, Civil Division<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br>BRADLEY P. HUMPHREYS<br>Senior Trial Counsel<br><br> /s/ Samuel S. Holt<br>SAMUEL S. HOLT<br>Trial Attorney<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street NW<br>Washington, DC 20005<br>Telephone: (202) 674-9761<br>Fax: (202) 616-8470<br>Samuel.Holt2@usdoj.gov<br><br>*Counsel for Defendants* |