**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF INTERIOR, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00612-RDM |

**NOTICE OF WITHDRAWAL OF BRADLEY P. HUMPHREYS**
**AS COUNSEL FOR DEFENDANTS**

Pursuant to D.C. Local Civil Rule 83.6(b), Bradley P. Humphreys hereby withdraws his appearance as counsel for Defendants in the above-captioned case.  Mr. Humphreys is leaving the Department of Justice on August 29, 2025.  Mr. Humphreys will no longer be associated with this case.  Samuel S. Holt previously entered an appearance and remains as counsel for Defendants.

Dated: August 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
bradley.humphreys@usdoj.gov

*Counsel for Defendants*