IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; <br><br> *Plaintiff*, <br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR *et al*. <br><br> *Defendants*. | Civil Action No. 1:25-cv-612-RDM |

### DECLARATION OF JARED M. MARGOLIS

I, Jared M. Margolis, hereby declare as follows:

1. My name is Jared Margolis, and I am an attorney of record in the above-captioned matter as counsel for Plaintiff.

2. I am providing this declaration in response to the Court's August 13, 2025, Minute Order, which required the parties to file declarations by August 22, 2025, "indicating whether the relationship of any of the employees or other individuals at issue with DOGE has previously been publicly disclosed, the circumstances of any such public disclosure, and the extent to which any proposed redactions remain necessary."

3. Plaintiff's position is that there has never been any valid basis for non-disclosure of the identities of the DOGE Team members, including because redacting the names is inconsistent with the strong presumption in favor of public access to judicial proceedings, and because the identity of DOGE Team members has already been publicly disclosed, including through widely available reporting in major news outlets. *See* ECF No. 28.

4. However, now that Defendants' motion to redact the names has been withdrawn and Defendants have filed administrative records that disclose the names of the DOGE Team

members, the disagreement over redactions to the administrative record materials has been adequately resolved and the matter is moot.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Eugene, OR, this 22nd day of August 2025.

Respectfully submitted,

/s/ Jared Margolis
_____
Jared M. Margolis
Center for Biological Diversity
2852 Willamette St. # 171
Eugene, OR 97405
(802) 310-4054
jmargolis@biologicaldiversity.org