IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR et al.<br>*Defendants*. | Civil Action No. 1:25-cv-612-RDM |

**PLAINTIFF'S STATUS REPORT**

Plaintiff respectfully submits this Status Reports pursuant to the Court's Minute Order dated September 8, 2025.

On October 9, 2025, Plaintiff contacted Defendant's counsel regarding the status of the FOIA requests at issue in this case. In response, Defendant's counsel stated that the agencies are not processing FOIA requests at this time due to the lapse in appropriations. Defendant's counsel further cited the District Court's General Order 25-55 issued in connection with the lapse in appropriations as the basis for the agencies' temporary suspension of FOIA processing activities. Plaintiff submits this report to keep the Court apprised of the current status of the FOIA production schedule referenced in the Court's September 8, 2025 Minute Order.

Respectfully submitted on this 4th day of November 2025.

/s/ *Lauren A. Parker*

Lauren A. Parker (DC Bar No. 1670885)

Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
lparker@biologicaldiversity.org
Tel: (202) 868-1008

Jared Margolis (admitted *pro hac vice)*
Center for Biological Diversity
2852 Willamette St. # 171
Eugene, OR 97405
jmargolis@biologicaldiversity.org
Tel: (802) 310-4054

*Attorneys for Plaintiff Center for Biological Diversity*