IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00612-RDM |

**JOINT STATUS REPORT**

In accordance with the Court's November 10, 2025, Minute Order, the parties conferred over email and respectfully submit this joint status report.

**Defendants' Update on Production Schedule**

In late August, the parties submitted a joint status report outlining dates in October when Defendants were to produce to Plaintiff all non-exempt responsive records not still undergoing consultation with non-party federal entities. *See* ECF 41. The Court then ordered Defendants to produce all non-exempt responsive records not still undergoing consultation with non-party federal entities according to that schedule and further ordered Defendants to produce all non-exempt, responsive records to Plaintiff as soon as consultations and final review of the records are complete, even if the preparation of the Vaughn index for withheld materials will take additional time. *See* September 8, 2025, Minute Order. However, On October 1, 2025—before those production deadlines—the federal government shutdown due to a lapse in appropriations. In response to the shutdown, Chief Judge Boasberg issued a general order "extending deadlines and staying matters in which the United States, its agencies, and its officers and employees are involved." Standing Order No. 25-55. That general order stayed this case and production deadlines.

Upon restoration of appropriations on November 12, 2025, Chief Judge Boasberg issued, on November 13, 2025, another general order holding that "all filing and discovery deadlines covered by Paragraph 1 of Standing Order No. 25-55 that were set to occur during the now-concluded lapse in appropriation . . . are extended by 53 days . . . from the date of the original deadline absent a case-specific order establishing a different deadline." Standing Order 25-59. In light of that extension, Defendants will produce all non-exempt responsive records not still undergoing consultation with non-party federal entities as soon as they are ready for production, on or before the following dates:

- U.S. Department of Agriculture: December 9, 2025 (53 days after the original October 17, 2025, deadline)

- U.S. Department of Commerce on behalf of the National Oceanic and Atmospheric Administration: December 9, 2025 (53 days after the original October 17, 2025, deadline)

- U.S. Department of Interior[1]: December 9, 2025 (53 days after the original October 17, 2025, deadline)

- U.S. Environmental Protection Agency: December 23, 2025 (53 days after the original October 31, 2025, deadline)

The parties will continue to confer as necessary to ensure that production proceeds in accordance with this schedule and will promptly notify the Court if any adjustments are required.

DATED: November 24, 2025                              Respectfully submitted,

---

[1] The Department of Interior has fully responded to Plaintiffs' FOIA requests. Interior has no responsive records to Requests #2 and #3.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Samuel S. Holt*
SAMUEL S. HOLT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov

*Counsel for Defendants*


*/s/ Jared Margolis*
Jared Margolis (admitted pro hac vice)
Center for Biological Diversity
2852 Willamette St. #171
Eugene, OR 97405
jmargolis@biologicaldiversity.org
(802)-310-4054

Lauren A. Parker (DC Bar No. 1670885)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
lparker@biologicaldiversity.org
(202)-868-1008


Eric Glitzenstein (D.C. Bar No. 358287)
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(202) 849-8401
eglitzenstein@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

3