# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00612-RDM |

## JOINT STATUS REPORT

In accordance with the Court's November 25, 2025, Minute Order, the parties conferred over email and respectfully submit this joint status report.

**Defendants' Update on FOIA Productions**

On or before the deadlines set out in the November 24, 2025, Joint Status Report (ECF 43), the applicable Defendant agencies produced to Plaintiff what Defendants maintain are all non-exempt responsive records not still undergoing consultation with non-party federal entities, along with a draft Vaughn Index. Defendants thus far have produced over 4,000 pages of responsive records to Plaintiff. However, some records are still undergoing consultation with non-party federal entities. For those records still undergoing consultation with non-party entities, Defendants will produce those records to Plaintiff as soon as consultation and final review of the records are complete. Below is an update from each agency:

- U.S. Environmental Protection Agency has fully responded to Plaintiff's FOIA request.
- U.S. Department of Commerce on behalf of the National Oceanic and Atmospheric Administration still has records undergoing consultation with non-party federal entities. Commerce recently received approximately 150 records back from consultation from a

non-defendant entity and is still conducting final review of those records. Commerce anticipates being able to produce those records to Plaintiff on or before January 9, 2026. After those records are produced, Commerce will have approximately 25 records still undergoing consultation with non-defendant entities. Although Commerce does not control consultation with non-defendant entities, Commerce will continue to follow up with these entities and hopes that those outstanding records can be produced to Plaintiff by the end of January.

- U.S. Department of Interior indicated in the November 24, 2025, JSR that it had fully responded to Plaintiff's FOIA request. *See* ECF 43 at 2 n.1. However, after discussions with Plaintiff in late December, Interior has agreed to produce additional records to Plaintiff in response to the FOIA request. Interior anticipates making an initial production of those additional records on or before January 9, 2026.

- U.S. Department of Agriculture has two consultation requests pending with non-defendant federal entities. Although USDA does not control consultations with non-defendant entities, USDA will continue to follow up with these entities and hopes that those outstanding records can be produced to Plaintiff by the end of January.

Finally, the parties are currently conferring about aspects of the FOIA responses and draft Vaughn Indexes. Thus, because there are still records being produced and the parties are still conferring in an effort to resolve or narrow issues raised by Plaintiffs regarding the responses and Vaughn Indexes, the parties propose providing a Joint Status Report to the Court on or before February 10 with further updates on the case.

DATED: January 5, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

<u>/s/ Samuel S. Holt</u>
SAMUEL S. HOLT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov

*Counsel for Defendants*

<u>/s/ Jared Margolis</u>
Jared Margolis (admitted pro hac vice)
Center for Biological Diversity
2852 Willamette St. #171
Eugene, OR 97405
jmargolis@biologicaldiversity.org
(802)-310-4054

Lauren A. Parker (DC Bar No. 1670885)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
lparker@biologicaldiversity.org
(202)-868-1008

Eric Glitzenstein (D.C. Bar No. 358287)
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(202) 849-8401
eglitzenstein@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological*

3

*Diversity*