**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF INTERIOR, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00612-RDM |

**JOINT STATUS REPORT**

In accordance with the Court's March 16, 2026, Order, the parties met over Teams and conferred further by email and respectfully submit this joint status report.

**Defendants' Update on FOIA Productions**

Defendants thus far have produced over 7,000 pages of responsive records. Below is an update from each agency detailing what remains to be processed:

- After the last JSR in March, U.S. Environmental Protection Agency determined that it needed to process and produce any non-exempt portion of one small batch of records that were not initially produced to Plaintiff. EPA has processed that small batch of records and will produce those records to Plaintiff by today, May 22, 2026. Once those records are produced, U.S. Environmental Protection Agency maintains that it will have fully responded to Plaintiff's FOIA request.[1]

- U.S. Department of Agriculture maintains that it has fully responded to Plaintiff's FOIA request.

---

[1] Plaintiff disputes the contention that any of the Defendants have fully responded to its FOIA request and reserves the right to challenge this determination.

- U.S. Department of Commerce on behalf of the National Oceanic and Atmospheric Administration most recently produced records to Plaintiff on March 3, 2026. Commerce received records back from two federal entities' equity reviews on May 20, 2026, and are conducting final internal review of those records. Commerce anticipates completing final internal processing of those records and producing non-exempt records to Plaintiff by June 5, 2026. After those records are produced, Commerce will have approximately 6 records still undergoing review with two equity holders. Once those two equity reviews are complete and Commerce has completed final review, Commerce will produce its final set of records to Plaintiff along with an updated draft Vaughn Index.

- U.S. Department of Interior indicated in the November 24, 2025, JSR that it had fully responded to Plaintiff's FOIA request. *See* ECF 43 at 2 n.1. After discussions with Plaintiff in late December 2025, however, Interior agreed to produce additional records to Plaintiff in response to the FOIA request. Interior made an initial production of those additional records on January 9, 2026 and made another interim production of additional records on February 24, 2026. All outstanding email records are undergoing final internal review and are undergoing review by two equity holders. Once those email records are produced, the only outstanding records will be corresponding attachments to the parent emails, about which the parties recently conferred and agreed on a streamlined approach to producing the attachments.

The parties intend to confer about the FOIA responses and updated draft Vaughn Indices to further narrow the issues to be briefed at summary judgment. Once all records have been produced and the parties have determined what, if any, issues will need to be briefed at summary judgment, the parties will propose a briefing schedule. In the meantime, because

Interior and Commerce still have outstanding records that need to be produced, the parties

propose providing the Court with a further Joint Status Report on or before July 3, 2026.


DATED: May 22, 2026                           Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General
                                              Civil Division

                                              ELIZABETH J. SHAPIRO
                                              Deputy Director
                                              Federal Programs Branch

                                              */s/ Samuel S. Holt*
                                              SAMUEL S. HOLT
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, N.W.
                                              Washington, D.C. 20005
                                              Telephone: (202) 674-9761
                                              Fax: (202) 616-8470
                                              Samuel.Holt2@usdoj.gov

                                              *Counsel for Defendants*


                                              */s/ Jared Margolis*
                                              Jared Margolis (admitted pro hac vice)
                                              Center for Biological Diversity
                                              2852 Willamette St. #171
                                              Eugene, OR 97405
                                              jmargolis@biologicaldiversity.org
                                              (802)-310-4054

                                              Lauren A. Parker (DC Bar No. 1670885)
                                              Center for Biological Diversity
                                              1411 K Street NW, Suite 1300
                                              Washington, DC 20005
                                              lparker@biologicaldiversity.org
                                              (202)-868-1008

                                              Eric Glitzenstein (D.C. Bar No. 358287)
                                              Center for Biological Diversity

3

1411 K Street, NW, Suite 1300
Washington, DC 20005
(202) 849-8401
eglitzenstein@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*