**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiff*,

v.

U.S. DEPARTMENT OF INTERIOR, *et al.*,

*Defendants*.

Case No. 1:25-cv-00612-RDM

**JOINT STATUS REPORT**

In accordance with the Court's July 6, 2026, Minute Order, the parties respectfully submit this joint status report.

**Defendants' Update on FOIA Productions**

Defendants thus far have produced thousands of pages of responsive records. Below is an update from each agency detailing what remains to be processed since the last report:

- U.S. Environmental Protection Agency maintains that it has fully responded to Plaintiff's FOIA request.[1]
- U.S. Department of Agriculture maintains that it has fully responded to Plaintiff's FOIA request.
- U.S. Department of Commerce on behalf of the National Oceanic and Atmospheric Administration, produced 3 records on August 7, 2026. Commerce has only approximately 3 records still undergoing review with one equity holder. Once this equity review is

[1] Plaintiff disputes the contention that any of the Defendants have fully responded to its FOIA request and reserves the right to challenge this determination after Defendant's production is complete.

complete and Commerce has completed final review, Commerce will produce its final set of non-exempt records to Plaintiff along with a corresponding Vaughn Index.

- U.S. Department of Interior, following its document production on July 1, 2026, remains committed to following up with equity holders to ensure that outstanding records are produced to Plaintiff as quickly as possible. Interior anticipates releasing additional documents in September.

As established in other status reports throughout this case, the parties intend to confer about the FOIA responses and any corresponding draft Vaughn Indices to further narrow the issues to be briefed at summary judgment. Once all records have been produced and the parties have determined what, if any, issues will need to be briefed at summary judgment, the parties will propose a briefing schedule. In the meantime, the parties propose providing the Court with a further Joint Status Report on or before September 14, 2026.

DATED: August 11, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Lindsey. E. Gilman*
LINDSEY E. GILMAN
Trial Attorney (AZ Bar No. 034003)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-4519
Fax: (202) 353-7000
Lindsey.E.Gilman@usdoj.gov
*Counsel for Defendants*

*/s/ Lauren A. Parker (w/ permission)*
Lauren A. Parker (DC Bar No. 1670885)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
lparker@biologicaldiversity.org
(202)-868-1008

Jared Margolis (admitted pro hac vice)
Center for Biological Diversity
2852 Willamette St. #171
Eugene, OR 97405
jmargolis@biologicaldiversity.org
(802)-310-4054

Eric Glitzenstein (D.C. Bar No. 358287)
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(202) 849-8401
eglitzenstein@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*