**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiff*,

v.

U.S. DEPARTMENT OF INTERIOR, *et al.*,

*Defendants*.

Case No. 1:25-cv-00612-RDM

**JOINT STATUS REPORT**

In accordance with the Court's September 15, 2026, Minute Order, the parties respectfully submit this joint status report.

**Defendants' Update on FOIA Productions**

Below is an update from each agency detailing what remains to be processed since the last status report:

- U.S. Environmental Protection Agency continues to maintain that it has fully responded to Plaintiff's FOIA request.[1]
- U.S. Department of Agriculture continues to maintain that it has fully responded to Plaintiff's FOIA request.
- U.S. Department of Commerce, on behalf of the National Oceanic and Atmospheric Administration, produced non-exempt records to Plaintiff, along with a corresponding Vaughn Index, on or around September 18, 2026. Commerce anticipates making its next

[1] Plaintiff disputes the contention that any of the Defendants have fully responded to its FOIA request and reserves the right to challenge this determination.

production on or around November 2, 2026. Commerce is determining if it needs to conduct any supplemental searches.

- U.S. Department of Interior, following its production of 134 pages of records and 21 excel pages on September 11, 2026, has completed processing responsive records, but there remain responsive records undergoing consultation with internal and external entities, which involves the submission of packages to one or more entities with equities in the records at hand. The Office of the Secretary FOIA Office is working diligently to move the process along as quickly as possible.

As established in other status reports throughout this case, the parties continue to confer about the FOIA responses and any corresponding draft Vaughn Indices to further narrow the issues to be briefed at summary judgment. Once all records have been produced and the parties have determined what, if any, issues will need to be briefed at summary judgment, the parties will propose a briefing schedule. In the meantime, the parties propose providing the Court with a further Joint Status Report on or before November 23, 2026.

DATED: October 23, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Lindsey E. Gilman*
LINDSEY E. GILMAN
Trial Attorney (AZ Bar No. 034003)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

Telephone: (202) 353-4519
Fax: (202) 353-7000
Lindsey.E.Gilman@usdoj.gov
*Counsel for Defendants*

*/s/ Jared Margolis (with permission)*
Jared Margolis (admitted pro hac vice)
Center for Biological Diversity
2852 Willamette St. #171
Eugene, OR 97405
jmargolis@biologicaldiversity.org
(802)-310-4054

Lauren A. Parker (DC Bar No. 1670885)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
lparker@biologicaldiversity.org
(202)-868-1008

Eric Glitzenstein (D.C. Bar No. 358287)
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(202) 849-8401
eglitzenstein@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*